# EXHIBIT 2



Request to know / Instructions

## ACXIOM LLC ("Acxiom")
## CONSUMER DATA ACCESS REPORT / EXPLANATION

This Consumer Data Access Report ("Report") contains information required to be disclosed by certain state privacy laws and their implementing regulations or guidance ("Governing Privacy Laws"). Under the Governing Privacy Laws, residents of the applicable State are entitled to make certain requests of covered businesses. In connection with your request to know the information that Acxiom has collected, sold, shared or disclosed about you, the following information is provided in order to assist you in understanding your rights under the Governing Privacy Laws and to further explain the information contained in the Report. This Report may contain more information than is required by your State of residence, but Acxiom is providing this information to you in the interest of transparency. If you have any questions concerning the content of your Report, please contact Acxiom or at www.acxiom.com/privacy and click on "Contact Support Center" or at consumeradvo@acxiom.com or 1-877-774-2094.

### I.  Consumer Rights.

Under applicable Governing Privacy Laws, consumers have the right to know about the specific pieces or categories of personal information collected by a business as well as the right to know about the categories of personal information that a business sells, shares or discloses to a third party. Acxiom extends that right to consumers, nationwide. For general information for information about Acxiom's data collection policy and practices, please visit Acxiom's web site at https://www.acxiom.com/privacy to review Acxiom's US Data Product Privacy Notice ("Privacy Notice"). Acxiom offers deletion and opt out rights, to consumers, nationwide. Our form to opt out from sale of personal information can be found by visiting https://www.acxiom.com/optout. For instructions on exercising your right to have your personal information deleted, please visit our web site at https://www.acxiom.com/privacy/us/consumer-instructions/.

### II.  General Instructions and Required Disclosures.

In your review of the Report, please note the following:

A. Data Collected/Processed – The information provided in the "Data Collected" section includes the specific pieces and categories of personal information which Acxiom has sourced from its third-party data suppliers except to the extent section D, below, applies.  Acxiom does not collect information directly from consumers.  Please see web site address above) for information about the categories of sources and the business or commercial purpose for which Acxiom is using the information.
B. Data Sold/Shared – The information provided in the "Data Sold" section includes the categories of personal information and the categories of third parties to whom the information was sold.
C. Data Disclosed – The information provided in the "Data Disclosed" section includes the categories of personal information and the categories of third parties to whom Acxiom disclosed and/or shared the information.  To be clear, information described in the Data Disclosed section has been disclosed and/or shared to Acxiom's service providers solely in support of Acxiom's own business purposes.
D. Disclosure Exceptions – Pursuant to the applicable Governing Privacy Laws, the following information has been expressly excluded from the definition of "personal information" and is, therefore, not included in this Report:

- Personal information made available from "publicly available" sources such as government records; Acxiom does source certain personal information from publicly available sources as described in our Privacy Notice, but as permitted by Applicable Governing Laws, Acxiom has elected to not include such specific pieces of information within the Data Collected/Processed section.
- Personal information that has been de-identified or aggregated is not included in the Data Collected/Processed section of the Report.
- Display Restrictions - Acxiom is prohibited under the applicable Governing Privacy Laws from disclosing specific pieces of information if the disclosure creates an unreasonable risk to the security of that personal information (for example, social security number, driver's license number).  Acxiom has elected to apply this requirement, nationwide.  If Acxiom maintains any information of this nature, the report will simply display "On File" for that value.

E. Acxiom Contact – if you have any questions concerning the content of the Report, you may contact Acxiom www.acxiom.com/privacy or at consumeradvo@acxiom.com or call 1-877-774-2094 toll free.

Request Details

Request Ref ID ▮▮▮▮▮▮▮▮                                          Request Type Access

Subject Type as Myself

Data Collected

### Data Collected

The information provided in the "Data Collected" section below includes the specific pieces and categories of personal information which Acxiom has sourced from its third-party data suppliers. To be clear, even if data is reflected in the Data Collected section of the Report, Acxiom may not use all of the personal information that it initially receives from a particular data source. Applicable Governing Privacy Laws require that covered businesses describe the specific pieces or categories of personal information that it collects, but Acxiom does not, in all instances, use all of the information it receives in its data products. Prior to any use of personal information in any Acxiom product, Acxiom performs analysis, data cleansing, and other processing steps to join, correct, and otherwise enhance the originally sourced information. The specific pieces of information listed in the Data Collected section have been designated for both marketing and reference product offerings are primarily limited to personal identifiers such as name, address and related contact information such as telephone and email address. Some personal information that has been designated for use in marketing and reference uses may contain certain demographic financial information. Acxiom does not use and does not allow our clients to use any financial related information for any purpose related to determining eligibility for credit, insurance or employment. For more information on our marketing and reference product offerings, please see our Privacy Notice by visiting the web site listed above. In order to assist you in understanding the information that Acxiom has about you and the purposes for which Acxiom is using the information, we have included the following definitions:

"AbiliTec" – refers to proprietary linking technology which assigns an identification number (also known as a "match key"), to a record based upon personal information contained within the record. Identifiers utilized as part of the AbiliTec linking technology include "consumer links," "address links" and "household links."

"PersonDocID" – refers to an Acxiom internal identification numbering process which Acxiom uses to connect or link a group of related records internally for Acxiom's own internal processing purposes. In addition, in order to further assist you in understanding the personal information that Acxiom has collected about you, Acxiom has grouped the personal information using the definition of "personal information" as defined in the California Consumer Privacy Act of 2018, as amended by the California Privacy Rights Act (collectively "CCPA") (e.g., personal identifiers, personal characteristics, etc.). Throughout the Data Collected and Data Sold sections, additional descriptive information has been provided to further explain or define certain pieces of information as required by the applicable Governing Privacy Law(s).

Result Summary - Data Groups

| Data Collected | |
|---|---|
| 01. Personal Identifiers / 01. Name / Name (001) | CHRIS JOHNSON |
| 01. Personal Identifiers / 01. Name / Name (002) | CHRISTOPHER D JOHNSON |
| 01. Personal Identifiers / 01. Name / Name (003) | CHRISTOPHER JOHNSON |

| | |
|---|---|
| 01. Personal Identifiers / 01. Name / Name (004) | MR CHRISTOPHER D JOHNSON |
| 01. Personal Identifiers / 01. Name / Name (005) | CHRISTOPHER DAVID JOHNSON |
| 01. Personal Identifiers / 02. Address / Address (001) | ██████████████████ |
| 01. Personal Identifiers / 02. Address / Address (001) / Description | Previous |
| 01. Personal Identifiers / 02. Address / Address (001) / Last Verified Date | ████████ |
| 01. Personal Identifiers / 02. Address / Address (002) | ████████████████ |
| 01. Personal Identifiers / 02. Address / Address (002) / Description | Previous |
| 01. Personal Identifiers / 02. Address / Address (002) / Last Verified Date | ██████ |
| 01. Personal Identifiers / 02. Address / Address (003) | █████████████████ |
| 01. Personal Identifiers / 02. Address / Address (004) | ███████████████████ |
| 01. Personal Identifiers / 02. Address / Address (004) / Description | Current |
| 01. Personal Identifiers / 02. Address / Address (004) / Dwelling Unit Type | █████████████ |
| 01. Personal Identifiers / 02. Address / Address (004) / Home Owner|Renter | ████ |
| 01. Personal Identifiers / 02. Address / Address (004) / Home Value Median | ██████ |
| 01. Personal Identifiers / 02. Address / Address (004) / Last Verified Date (001) | ██████ |
| 01. Personal Identifiers / 02. Address / Address (004) / Last Verified Date (002) | ██████ |
| 01. Personal Identifiers / 02. Address / Address (004) / Length of Residence | ██████ |
| 01. Personal Identifiers / 02. Address / Address (004) / Year Built | █████ |
| 01. Personal Identifiers / 02. Address / Address (005) | ███████████████████████ |
| 01. Personal Identifiers / 02. Address / Address (005) / Description | Previous |
| 01. Personal Identifiers / 02. Address / Address (005) / Last Verified Date | ████████ |
| 01. Personal Identifiers / 02. Address / Address (006) | ██████████████████████ |
| 01. Personal Identifiers / 02. Address / Address (006) / Description | Previous |
| 01. Personal Identifiers / 02. Address / Address (006) / Last Verified Date | ██████ |
| 01. Personal Identifiers / 02. Address / Address (007) | ████████████████ |
| 01. Personal Identifiers / 02. Address / Address (007) / Last Verified Date | ██████ |
| 01. Personal Identifiers / 02. Address / Address (008) | ████████████████████ |
| 01. Personal Identifiers / 02. Address / Address (009) | ████████████████████ |
| 01. Personal Identifiers / 02. Address / Address (009) / Dwelling Unit Type | ████████████ |
| 01. Personal Identifiers / 02. Address / Address (009) / Home Owner|Renter (001) | ██████████ |
| 01. Personal Identifiers / 02. Address / Address (009) / Home Owner|Renter (002) | █████ |
| 01. Personal Identifiers / 02. Address / Address (009) / Household - Move In Date | ████ |
| 01. Personal Identifiers / 02. Address / Address (009) / Latitude|Longitude|Assignment Level (001) | Latitude: ███████ Longitude: ███████ (Assignment Level: █) |
| 01. Personal Identifiers / 02. Address / Address (009) / Latitude|Longitude|Assignment Level (002) | Latitude: ███████ Longitude: ███████ (Assignment Level: █) |

| Field | Value |
|---|---|
| 01. Personal Identifiers / 02. Address / Address (009) / Latitude\|Longitude\|Assignment Level (003) | Latitude: ▓▓ Longitude: ▓▓ |
| 01. Personal Identifiers / 02. Address / Address (009) / Latitude\|Longitude\|Assignment Level (004) | Latitude: ▓▓ Longitude: ▓▓ |
| 01. Personal Identifiers / 02. Address / Address (009) / Length of Residence (001) | ▓▓ |
| 01. Personal Identifiers / 02. Address / Address (009) / Length of Residence (002) | ▓▓ |
| 01. Personal Identifiers / 02. Address / Address (009) / Length of Residence (003) | ▓▓ |
| 01. Personal Identifiers / 02. Address / Address (009) / Length of Residence (004) | ▓▓ |
| 01. Personal Identifiers / 02. Address / Address (009) / Length of Residence (005) | ▓▓ |
| 01. Personal Identifiers / 02. Address / Address (009) / Median Number of Rooms In Structure | ▓ |
| 01. Personal Identifiers / 02. Address / Address (009) / Purchase Date | ▓▓ |
| 01. Personal Identifiers / 02. Address / Address (009) / Urbanicity | Urban |
| 01. Personal Identifiers / 02. Address / Address (010) | ▓▓ |
| 01. Personal Identifiers / 02. Address / Address (011) | ▓▓ |
| 01. Personal Identifiers / 02. Address / Address (011) / Address Validity Indicator | Valid Postal Address |
| 01. Personal Identifiers / 02. Address / Address (011) / Address Validity Last Verified Date | ▓▓ |
| 01. Personal Identifiers / 02. Address / Address (011) / Dwelling Unit Type (001) | ▓▓ |
| 01. Personal Identifiers / 02. Address / Address (011) / Dwelling Unit Type (002) | ▓▓ |
| 01. Personal Identifiers / 02. Address / Address (011) / Home Owner\|Renter (001) | ▓▓ |
| 01. Personal Identifiers / 02. Address / Address (011) / Home Owner\|Renter (002) | ▓▓ |
| 01. Personal Identifiers / 02. Address / Address (011) / Latitude\|Longitude\|Assignment Level (001) | Latitude: ▓▓ Longitude: ▓▓ |
| 01. Personal Identifiers / 02. Address / Address (011) / Latitude\|Longitude\|Assignment Level (002) | Latitude: ▓▓ Longitude: ▓▓ |
| 01. Personal Identifiers / 02. Address / Address (011) / Latitude\|Longitude\|Assignment Level (003) | Latitude: ▓▓ Longitude: -▓▓ |
| 01. Personal Identifiers / 02. Address / Address (011) / Length of Residence (001) | ▓▓ |
| 01. Personal Identifiers / 02. Address / Address (011) / Length of Residence (002) | ▓▓ |
| 01. Personal Identifiers / 02. Address / Address (011) / Urbanicity | Rural |
| 01. Personal Identifiers / 02. Address / Address (012) | ▓▓ |
| 01. Personal Identifiers / 02. Address / Address (012) / Home Owner\|Renter | ▓▓ |
| 01. Personal Identifiers / 02. Address / Address (012) / Latitude\|Longitude\|Assignment Level | Latitude: ▓▓ Longitude: ▓▓ |
| 01. Personal Identifiers / 02. Address / Address (012) / Length of Residence | ▓▓ |
| 01. Personal Identifiers / 02. Address / Address (013) | ▓▓ |
| 01. Personal Identifiers / 02. Address / Address (013) / Last Verified Date | ▓▓ |
| 01. Personal Identifiers / 04. Phone\|Fax / Phone (001) | ▓▓ |
| 01. Personal Identifiers / 04. Phone\|Fax / Phone (001) / First Seen Date | ▓▓ |

| | |
|---|---|
| 01. Personal Identifiers / 04. Phone\|Fax / Phone (001) / Last Verified Date | ███ |
| 01. Personal Identifiers / 04. Phone\|Fax / Phone (002) | ████ |
| 01. Personal Identifiers / 04. Phone\|Fax / Phone (002) / Activity Status | ██████ |
| 01. Personal Identifiers / 04. Phone\|Fax / Phone (003) | ████ |
| 01. Personal Identifiers / 04. Phone\|Fax / Phone (003) / DMA Do Not Call Flag | Yes |
| 01. Personal Identifiers / 04. Phone\|Fax / Phone (003) / Last Connect Validation Date | ███ |
| 01. Personal Identifiers / 04. Phone\|Fax / Phone (003) / Last Verified Date | ██ |
| 01. Personal Identifiers / 04. Phone\|Fax / Phone (003) / Phone Book Record Type | Residential |
| 01. Personal Identifiers / 04. Phone\|Fax / Phone (003) / Phone Listing Type | Listed Telephone Number |
| 01. Personal Identifiers / 04. Phone\|Fax / Phone (004) | ████ |
| 01. Personal Identifiers / 04. Phone\|Fax / Phone (004) / Phone Validity Indicator | Valid Phone Number |
| 01. Personal Identifiers / 04. Phone\|Fax / Phone (004) / Phone Validity Last Verified Date | ███ |
| 01. Personal Identifiers / 05. Email / Address (001) | ████████ |
| 01. Personal Identifiers / 05. Email / Address (002) | ███████ |
| 01. Personal Identifiers / 05. Email / Address (003) | ██████ |
| 01. Personal Identifiers / 05. Email / Address (003) / Email Validity Indicator | Valid Email |
| 01. Personal Identifiers / 05. Email / Address (003) / Email Validity Last Verified Date | ██ |
| 01. Personal Identifiers / 05. Email / Address (004) | ███████ |
| 01. Personal Identifiers / 05. Email / Address (005) | ███████ |
| 01. Personal Identifiers / 05. Email / Address (006) | ██████ |
| 01. Personal Identifiers / 05. Email / Address (007) | ███████ |
| 01. Personal Identifiers / 05. Email / Address (008) | ██████ |
| 01. Personal Identifiers / 09. Personal Identifiers / Social Security Number | Social Security Number on File |
| 01. Personal Identifiers / 09. Personal Identifiers / Social Security Number / Social Security Number Confirmation Indicator | Confirmed |
| 01. Personal Identifiers / 10. Other Identifiers / Abilitec - Address Only Link 16 byte (001) | █████ |
| 01. Personal Identifiers / 10. Other Identifiers / Abilitec - Address Only Link 16 byte (002) | ████ |
| 01. Personal Identifiers / 10. Other Identifiers / Abilitec - Address Only Link 16 byte (003) | ████ |
| 01. Personal Identifiers / 10. Other Identifiers / Abilitec - Address Only Link 16 byte (004) | ████ |
| 01. Personal Identifiers / 10. Other Identifiers / Abilitec - Address Only Link 16 byte (005) | ████ |
| 01. Personal Identifiers / 10. Other Identifiers / Abilitec - Consumer Address Link 16 byte (001) | █████ |
| 01. Personal Identifiers / 10. Other Identifiers / Abilitec - Consumer Address Link 16 byte (002) | ████ |
| 01. Personal Identifiers / 10. Other Identifiers / Abilitec - Consumer Address Link 16 byte (003) | █████ |
| 01. Personal Identifiers / 10. Other Identifiers / Abilitec - Consumer Address Link 16 byte (004) | █████ |

| | |
|---|---|
| 01. Personal Identifiers / 10. Other Identifiers / Abilitec - Consumer Address Link 16 byte (005) | ████████ |
| 01. Personal Identifiers / 10. Other Identifiers / Abilitec - Consumer Link 16 byte | ████████ |
| 01. Personal Identifiers / 10. Other Identifiers / Abilitec - Entity Link (001) | ████████████ |
| 01. Personal Identifiers / 10. Other Identifiers / Abilitec - Entity Link (002) | ████████████ |
| 01. Personal Identifiers / 10. Other Identifiers / Abilitec - Entity Link (003) | ████████████ |
| 01. Personal Identifiers / 10. Other Identifiers / Abilitec - Entity Link (004) | ████████████ |
| 01. Personal Identifiers / 10. Other Identifiers / Abilitec - Entity Link (005) | ████████████ |
| 01. Personal Identifiers / 10. Other Identifiers / Abilitec - Entity Link (006) | ████████████ |
| 01. Personal Identifiers / 10. Other Identifiers / Abilitec - Household Document Id | ████████████ |
| 01. Personal Identifiers / 10. Other Identifiers / Abilitec - Household Link | ████████ |
| 01. Personal Identifiers / 10. Other Identifiers / Abilitec - Place Only Link (001) | ████████████ |
| 01. Personal Identifiers / 10. Other Identifiers / Abilitec - Place Only Link (002) | ████████████ |
| 01. Personal Identifiers / 10. Other Identifiers / Abilitec - Place Only Link (003) | ████████████ |
| 01. Personal Identifiers / 10. Other Identifiers / Abilitec - Place Only Link (004) | ████████████ |
| 01. Personal Identifiers / 10. Other Identifiers / Abilitec - Place Only Link (005) | ████████████ |
| 01. Personal Identifiers / 10. Other Identifiers / IP Address (001) | ████████████ |
| 01. Personal Identifiers / 10. Other Identifiers / IP Address (002) | ████ (Last Activity Date: ████ ) |
| 01. Personal Identifiers / 10. Other Identifiers / IP Address (003) | ████ (Last Activity Date: ████ ) |
| 01. Personal Identifiers / 10. Other Identifiers / IP Address (004) | ████ (Last Activity Date: ████ ) |
| 01. Personal Identifiers / 10. Other Identifiers / IP Address (005) | ████ (Last Activity Date: ████ ) |
| 01. Personal Identifiers / 10. Other Identifiers / IP Address (006) | ████ (Last Activity Date ████ ) |
| 01. Personal Identifiers / 10. Other Identifiers / IP Address (007) | ████ (Last Activity Date: ████ ) |
| 01. Personal Identifiers / 10. Other Identifiers / IP Address (008) | ████ (Last Activity Date: ████ ) |
| 01. Personal Identifiers / 10. Other Identifiers / IP Address (009) | ████ (Last Activity Date: ████ ) |
| 01. Personal Identifiers / 10. Other Identifiers / IP Address (010) | ████ (Last Activity Date: ████ ) |
| 01. Personal Identifiers / 10. Other Identifiers / IP Address (011) | ████ (Last Activity Date: ████ ) |
| 01. Personal Identifiers / 10. Other Identifiers / IP Address (012) | ████ (Last Activity Date ████ ) |
| 01. Personal Identifiers / 10. Other Identifiers / IP Address (013) | ████ (Last Activity Date ████ ) |
| 01. Personal Identifiers / 10. Other Identifiers / IP Address (014) | ████ (Last Activity Date: ████ ) |
| 01. Personal Identifiers / 10. Other Identifiers / IP Address (015) | ████ (Last Activity Date: ████ ) |
| 01. Personal Identifiers / 10. Other Identifiers / IP Address (016) | ████ (Last Activity Date: ████ ) |
| 01. Personal Identifiers / 10. Other Identifiers / IP Address (017) | ████ (Last Activity Date ████ ) |
| 01. Personal Identifiers / 10. Other Identifiers / IP Address (018) | ████ (Last Activity Date ████ ) |
| 01. Personal Identifiers / 10. Other Identifiers / IP Address (019) | ████ (Last Activity Date: ████ ) |

01. Personal Identifiers / 10. Other Identifiers / IP Address (020) ███████ (Last Activity Date: ██████ )

01. Personal Identifiers / 10. Other Identifiers / IP Address (021) ███████ (Last Activity Date: ██████ )

01. Personal Identifiers / 10. Other Identifiers / IP Address (022) ███████ (Last Activity Date: ██████ )

01. Personal Identifiers / 10. Other Identifiers / IP Address (023) ███████ (Last Activity Date: ██████ )

01. Personal Identifiers / 10. Other Identifiers / IP Address (024) ███████ (Last Activity Date: ██████ )

01. Personal Identifiers / 10. Other Identifiers / IP Address (025) ███████ (Last Activity Date: ██████ )

01. Personal Identifiers / 10. Other Identifiers / IP Address (026) ███████ (Last Activity Date: ██████ )

01. Personal Identifiers / 10. Other Identifiers / IP Address (027) ███████ (Last Activity Date: ██████ )

01. Personal Identifiers / 10. Other Identifiers / IP Address (028) ███████ (Last Activity Date: ██████ )

01. Personal Identifiers / 10. Other Identifiers / IP Address (029) ███████ (Last Activity Date: ██████ )

01. Personal Identifiers / 10. Other Identifiers / IP Address (030) ███████ (Last Activity Date: ██████ )

01. Personal Identifiers / 10. Other Identifiers / IP Address (031) ███████ (Last Activity Date: ██████ )

01. Personal Identifiers / 10. Other Identifiers / IP Address (032) ███████ (Last Activity Date: ██████ )

01. Personal Identifiers / 10. Other Identifiers / IP Address (033) ███████ (Last Activity Date: ██████ )

01. Personal Identifiers / 10. Other Identifiers / IP Address (034) ███████ (Last Activity Date: ██████ )

01. Personal Identifiers / 10. Other Identifiers / IP Address (035) ███████ (Last Activity Date: ██████ )

01. Personal Identifiers / 10. Other Identifiers / IP Address (036) ███████ (Last Activity Date: ██████ )

01. Personal Identifiers / 10. Other Identifiers / IP Address (037) ███████ (Last Activity Date: ██████ )

01. Personal Identifiers / 10. Other Identifiers / IP Address (038) ███████ (Last Activity Date: ██████ )

01. Personal Identifiers / 10. Other Identifiers / IP Address (039) ███████ (Last Activity Date: ██████ )

01. Personal Identifiers / 10. Other Identifiers / IP Address (040) ███████ (Last Activity Date: ██████ )

01. Personal Identifiers / 10. Other Identifiers / IP Address (041) ███████ (Last Activity Date: ██████ )

01. Personal Identifiers / 10. Other Identifiers / IP Address (042) ███████ (Last Activity Date: ██████ )

01. Personal Identifiers / 10. Other Identifiers / IP Address (043) ███████ (Last Activity Date: ██████ )

01. Personal Identifiers / 10. Other Identifiers / IP Address (044) ███████ (Last Activity Date: ██████ )

01. Personal Identifiers / 10. Other Identifiers / IP Address (045) ███████ (Last Activity Date: ██████ )

01. Personal Identifiers / 10. Other Identifiers / IP Address (046) ███████ (Last Activity Date: ██████ )

01. Personal Identifiers / 10. Other Identifiers / IP Address (047) ███████ (Last Activity Date: ██████ )

01. Personal Identifiers / 10. Other Identifiers / IP Address (048) ███████ (Last Activity Date: ██████ )

01. Personal Identifiers / 10. Other Identifiers / IP Address (049) ███████ (Last Activity Date: ██████ )

01. Personal Identifiers / 10. Other Identifiers / IP Address (050) ███████ (Last Activity Date: ██████ )

01. Personal Identifiers / 10. Other Identifiers / IP Address (051) ███████ (Last Activity Date: ██████ )

01. Personal Identifiers / 10. Other Identifiers / IP Address (052) ███████ (Last Activity Date: ██████ )

01. Personal Identifiers / 10. Other Identifiers / IP Address (053) ███████ (Last Activity Date: ██████ )

01. Personal Identifiers / 10. Other Identifiers / IP Address (054) ███████ (Last Activity Date: ██████ )

| Label | Value |
|---|---|
| 01. Personal Identifiers / 10. Other Identifiers / IP Address (055) | ████ (Last Activity Date: ████) |
| 01. Personal Identifiers / 10. Other Identifiers / IP Address (056) | ████ (Last Activity Date: ████) |
| 01. Personal Identifiers / 10. Other Identifiers / IP Address (057) | ████ (Last Activity Date: ████) |
| 01. Personal Identifiers / 10. Other Identifiers / IP Address (058) | ████ (Last Activity Date: ████) |
| 01. Personal Identifiers / 10. Other Identifiers / Person Document Id | ████████ |
| 01. Personal Identifiers / 10. Other Identifiers / Place Document Id (001) | ██████████ |
| 01. Personal Identifiers / 10. Other Identifiers / Place Document Id (002) | █████████ |
| 01. Personal Identifiers / 10. Other Identifiers / Place Document Id (003) | █████████ |
| 01. Personal Identifiers / 10. Other Identifiers / Place Document Id (004) | ██████████ |
| 01. Personal Identifiers / 10. Other Identifiers / Place Document Id (005) | █████████ |
| 01. Personal Identifiers / 10. Other Identifiers / Place Document Id (005) / Abilitec - Preferred Address for Household Indicator | █ |
| 01. Personal Identifiers / 10. Other Identifiers / Provider Unique Identifier (001) | ████ |
| 01. Personal Identifiers / 10. Other Identifiers / Provider Unique Identifier (002) | ████ |
| 01. Personal Identifiers / 10. Other Identifiers / Provider Unique Identifier - Address (001) | ██ |
| 01. Personal Identifiers / 10. Other Identifiers / Provider Unique Identifier - Address (002) | ██ |
| 01. Personal Identifiers / 10. Other Identifiers / Provider Unique Identifier - Address (003) | ██ |
| 01. Personal Identifiers / 10. Other Identifiers / Provider Unique Identifier - Household (001) | ██████ |
| 01. Personal Identifiers / 10. Other Identifiers / Provider Unique Identifier - Household (002) | ███████ |
| 01. Personal Identifiers / 10. Other Identifiers / Provider Unique Identifier - Household (003) | ██ |
| 01. Personal Identifiers / 10. Other Identifiers / Provider Unique Identifier - Household (004) | ██ |
| 01. Personal Identifiers / 10. Other Identifiers / Provider Unique Identifier - Household (004) / Household - Indicator | ██ |
| 01. Personal Identifiers / 10. Other Identifiers / Provider Unique Identifier - Household (005) | ██ |
| 01. Personal Identifiers / 10. Other Identifiers / Provider Unique Identifier - Household (005) / Household - Indicator | ██ |
| 01. Personal Identifiers / 10. Other Identifiers / Provider Unique Identifier - Household (006) | ██ |
| 01. Personal Identifiers / 10. Other Identifiers / Provider Unique Identifier - Household (006) / Household - Indicator | ██ |
| 01. Personal Identifiers / 10. Other Identifiers / Provider Unique Identifier - Household (007) | ██ |
| 01. Personal Identifiers / 10. Other Identifiers / Provider Unique Identifier - Household (008) | ██ |
| 01. Personal Identifiers / 10. Other Identifiers / Provider Unique Identifier - Household (009) | █████████████████████ |
| 01. Personal Identifiers / 10. Other Identifiers / Provider Unique Identifier - Household (010) | ██ |
| 01. Personal Identifiers / 10. Other Identifiers / Provider Unique Identifier - Household (011) | █████████████████████ |

| Field | Value |
|---|---|
| 01. Personal Identifiers / 10. Other Identifiers / Provider Unique Identifier - Household (012) | ███ |
| 01. Personal Identifiers / 10. Other Identifiers / Provider Unique Identifier - Individual (001) | ██████ |
| 01. Personal Identifiers / 10. Other Identifiers / Provider Unique Identifier - Individual (002) | █ |
| 01. Personal Identifiers / 10. Other Identifiers / Provider Unique Identifier - Individual (003) | █ |
| 01. Personal Identifiers / 10. Other Identifiers / Provider Unique Identifier - Individual (004) | ████ |
| 01. Personal Identifiers / 10. Other Identifiers / Provider Unique Identifier - Individual (005) | ████ |
| 01. Personal Identifiers / 10. Other Identifiers / Provider Unique Identifier - Individual (006) | ███ |
| 01. Personal Identifiers / 10. Other Identifiers / Provider Unique Identifier - Individual (007) | ███ |
| 01. Personal Identifiers / 10. Other Identifiers / Provider Unique Identifier - Individual (008) | ████████ |
| 01. Personal Identifiers / 10. Other Identifiers / Provider Unique Identifier - Individual (009) | ███████ |
| 01. Personal Identifiers / 10. Other Identifiers / Provider Unique Identifier - Individual (010) | ███████ |
| 01. Personal Identifiers / 10. Other Identifiers / Provider Unique Identifier - Individual (011) | ███████ |
| 01. Personal Identifiers / 10. Other Identifiers / Provider Unique Identifier - Individual (012) | ██████ |
| 01. Personal Identifiers / 10. Other Identifiers / Provider Unique Identifier - Individual (013) | ███████ |
| 01. Personal Identifiers / 10. Other Identifiers / Provider Unique Identifier - Place (001) | ███ |
| 01. Personal Identifiers / 10. Other Identifiers / Provider Unique Identifier - Place (002) | ███ |
| 01. Personal Identifiers / 10. Other Identifiers / Unique Contributor Id | Contributor Name on File |
| 01. Personal Identifiers / 10. Other Identifiers / User Account Creation Date | ████████ |
| 01. Personal Identifiers / 10. Other Identifiers / User Account Last Verified Date | ████████ |
| 02. Personal Characteristics / 03. Date of Birth\|Age\|Gender / Age | ████████ |
| 02. Personal Characteristics / 03. Date of Birth\|Age\|Gender / Date of Birth (001) | Date of Birth on File |
| 02. Personal Characteristics / 03. Date of Birth\|Age\|Gender / Date of Birth (002) | Year of Birth on File |
| 02. Personal Characteristics / 03. Date of Birth\|Age\|Gender / Gender | Male |
| 02. Personal Characteristics / 03. Date of Birth\|Age\|Gender / Household - Age | ████████ |
| 02. Personal Characteristics / 03. Date of Birth\|Age\|Gender / Individual Age (001) | ████████ |
| 02. Personal Characteristics / 03. Date of Birth\|Age\|Gender / Individual Age (002) | ████████ |
| 02. Personal Characteristics / 03. Date of Birth\|Age\|Gender / Individual Age (003) | ████████ |
| 02. Personal Characteristics / 03. Date of Birth\|Age\|Gender / Individual Age (004) | ████████ |
| 02. Personal Characteristics / 11. Personal Attributes / Marital Status (001) | ████████ |
| 02. Personal Characteristics / 11. Personal Attributes / Marital Status (002) | ████████ |
| 02. Personal Characteristics / 11. Personal Attributes / Percent - Married Range | ████████ |
| 02. Personal Characteristics / 13. Ethnicity\|Religion / Assimilation Level | ████████ |
| 02. Personal Characteristics / 15. Household Information / Average Family Size | ████████ |
| 02. Personal Characteristics / 15. Household Information / Average Household Size | ████████ |

| | |
|---|---|
| 02. Personal Characteristics / 15. Household Information / Household - Percent Family Range | |
| 02. Personal Characteristics / 15. Household Information / Household Member Date of Birth | Household Level Date of Birth on File |
| 02. Personal Characteristics / 15. Household Information / Number of Adults (001) | |
| 02. Personal Characteristics / 15. Household Information / Number of Adults (002) | |
| 02. Personal Characteristics / 15. Household Information / Number of Adults (003) | |
| 02. Personal Characteristics / 15. Household Information / Number of Child(ren) (001) | |
| 02. Personal Characteristics / 15. Household Information / Number of Child(ren) (002) | |
| 02. Personal Characteristics / 15. Household Information / Number of Generations | |
| 02. Personal Characteristics / 15. Household Information / Number of People (001) | |
| 02. Personal Characteristics / 15. Household Information / Number of People (002) | |
| 02. Personal Characteristics / 15. Household Information / Presence of Child(ren) | |
| 02. Personal Characteristics / 16. Child Date of Birth|Age|Gender / Age Range | |
| 02. Personal Characteristics / 16. Child Date of Birth|Age|Gender / Child(ren) Present | |
| 02. Personal Characteristics / 17. Financial Information / Income - Household - Median | |
| 02. Personal Characteristics / 17. Financial Information / Income - Median (001) | |
| 02. Personal Characteristics / 17. Financial Information / Income - Median (002) | |
| 02. Personal Characteristics / 17. Financial Information / Income - Median (003) | |
| 02. Personal Characteristics / 17. Financial Information / Income - Median (004) | |
| 02. Personal Characteristics / 17. Financial Information / Income - Median Family | |
| 02. Personal Characteristics / 17. Financial Information / Income Range (001) | |
| 02. Personal Characteristics / 17. Financial Information / Income Range (002) | |
| 02. Personal Characteristics / 17. Financial Information / Income Range (003) | |
| 02. Personal Characteristics / 17. Financial Information / Income Range (004) | |
| 02. Personal Characteristics / 17. Financial Information / Income Range (005) | |
| 02. Personal Characteristics / 17. Financial Information / Income Range (006) | |
| 02. Personal Characteristics / 17. Financial Information / Income Range (007) | |
| 02. Personal Characteristics / 17. Financial Information / Income Range (008) | |
| 02. Personal Characteristics / 17. Financial Information / Income Range - Household (001) | |
| 02. Personal Characteristics / 17. Financial Information / Income Range - Household (002) | |
| 02. Personal Characteristics / 17. Financial Information / Income Range - Household (003) | |
| 02. Personal Characteristics / 17. Financial Information / Income Range - Premium | |
| 02. Personal Characteristics / 17. Financial Information / Income Range - Upper Boundary | |
| 02. Personal Characteristics / 69. Inferences-Financial Information / Net Worth Household | |

03. Personal Property or Buying
Activity|Interest / 04. Phone|Fax / Mobile
Carrier

03. Personal Property or Buying
Activity|Interest / 11. Personal Attributes /
Household - Relationship

03. Personal Property or Buying
Activity|Interest / 15. Household Information /
Average Commute Drive Time

03. Personal Property or Buying
Activity|Interest / 15. Household Information /
Average Household Size Owner Occupied

03. Personal Property or Buying
Activity|Interest / 15. Household Information /
Average Household Size Renter Occupied

03. Personal Property or Buying
Activity|Interest / 15. Household Information /
Monthly Household Spend Retail - Grocery
Food Delivery - Door Dash|Grubhub - Chick
Fil a

03. Personal Property or Buying
Activity|Interest / 15. Household Information /
Number of Males

03. Personal Property or Buying
Activity|Interest / 15. Household Information /
Number of Phones

03. Personal Property or Buying
Activity|Interest / 17. Financial Information /
Credit - High Credit Range

03. Personal Property or Buying
Activity|Interest / 17. Financial Information /
Credit Card - Owner - Bank

03. Personal Property or Buying
Activity|Interest / 17. Financial Information /
Credit Card - Owner - General

03. Personal Property or Buying
Activity|Interest / 17. Financial Information /
Credit Card - Owner - Standard Visa or
Mastercard

03. Personal Property or Buying
Activity|Interest / 17. Financial Information /
Credit Rating

03. Personal Property or Buying
Activity|Interest / 20. Vehicle Information /
Average Number of Vehicles

03. Personal Property or Buying
Activity|Interest / 20. Vehicle Information /
Insurance - Renewal Month - Vehicle (001)

03. Personal Property or Buying
Activity|Interest / 20. Vehicle Information /
Insurance - Renewal Month - Vehicle (002)

03. Personal Property or Buying
Activity|Interest / 20. Vehicle Information /
Insurance - Renewal Month - Vehicle (003)

03. Personal Property or Buying
Activity|Interest / 20. Vehicle Information /
Vehicle Identifier - Year|Make|Model|VIN
(001)

03. Personal Property or Buying
Activity|Interest / 20. Vehicle Information /
Vehicle Identifier - Year|Make|Model|VIN
(002)

03. Personal Property or Buying
Activity|Interest / 20. Vehicle Information /
Vehicle Identifier - Year|Make|Model|VIN
(003)

03. Personal Property or Buying
Activity|Interest / 22. Real Property / Percent
- Multiple Family Dwelling Unit Range

03. Personal Property or Buying
Activity|Interest / 22. Real Property / Percent
- Owner Occupied Range

03. Personal Property or Buying
Activity|Interest / 22. Real Property / Percent
- Renter Occupied Range

03. Personal Property or Buying
Activity|Interest / 22. Real Property / Percent
- Single Family Dwelling Unit Range (001)

03. Personal Property or Buying
Activity|Interest / 22. Real Property / Percent
- Single Family Dwelling Unit Range (002)

03. Personal Property or Buying
Activity|Interest / 22. Real Property / Real
Property Address (001)

03. Personal Property or Buying
Activity|Interest / 22. Real Property / Real
Property Address (001) / Median Housing
Unit Value Exact

03. Personal Property or Buying
Activity|Interest / 22. Real Property / Real
Property Address (001) / Median Year Built

03. Personal Property or Buying
Activity|Interest / 22. Real Property / Real
Property Address (001) / Site Market Value
Modeled

03. Personal Property or Buying
Activity|Interest / 22. Real Property / Real
Property Address (001) / Year Built

03. Personal Property or Buying
Activity|Interest / 22. Real Property / Real
Property Address (002)

03. Personal Property or Buying
Activity|Interest / 22. Real Property / Real
Property Address (002) / Site Property Type
(001)

03. Personal Property or Buying
Activity|Interest / 22. Real Property / Real
Property Address (002) / Site Property Type
(002)

03. Personal Property or Buying
Activity|Interest / 22. Real Property / Real
Property Address (003)

03. Personal Property or Buying
Activity|Interest / 22. Real Property / Real
Property Address (003) / Site Property Type

03. Personal Property or Buying
Activity|Interest / 56. Promotional Responder
/ Mail Order Responder - Range

03. Personal Property or Buying
Activity|Interest / 57. Lifestyle Interest /
Apparel (001)

03. Personal Property or Buying
Activity|Interest / 57. Lifestyle Interest /
Apparel (002)

03. Personal Property or Buying
Activity|Interest / 57. Lifestyle Interest /
Apparel Accessory (001)

03. Personal Property or Buying
Activity|Interest / 57. Lifestyle Interest /
Apparel Accessory (002)

03. Personal Property or Buying
Activity|Interest / 57. Lifestyle Interest /
Apparel Men (001)

03. Personal Property or Buying
Activity|Interest / 57. Lifestyle Interest /
Apparel Men (002)

03. Personal Property or Buying
Activity|Interest / 57. Lifestyle Interest /
Bargains Seekers (001)

03. Personal Property or Buying
Activity|Interest / 57. Lifestyle Interest /
Bargains Seekers (002)

03. Personal Property or Buying
Activity|Interest / 57. Lifestyle Interest /
Beauty (001)

03. Personal Property or Buying
Activity|Interest / 57. Lifestyle Interest /
Beauty (002)

03. Personal Property or Buying
Activity|Interest / 57. Lifestyle Interest /
Beauty (003)

03. Personal Property or Buying
Activity|Interest / 57. Lifestyle Interest /
Beauty (004)

03. Personal Property or Buying
Activity|Interest / 57. Lifestyle Interest /
Catalog (001)

03. Personal Property or Buying
Activity|Interest / 57. Lifestyle Interest /
Catalog (002)

03. Personal Property or Buying
Activity|Interest / 57. Lifestyle Interest /
Catalog (003)

03. Personal Property or Buying
Activity|Interest / 57. Lifestyle Interest /
Catalog (004)

03. Personal Property or Buying
Activity|Interest / 57. Lifestyle Interest /
Computers (001)

03. Personal Property or Buying
Activity|Interest / 57. Lifestyle Interest /
Computers (002)

03. Personal Property or Buying
Activity|Interest / 57. Lifestyle Interest /
Continuing Education

03. Personal Property or Buying
Activity|Interest / 57. Lifestyle Interest /
Credit Card - User (001)

03. Personal Property or Buying
Activity|Interest / 57. Lifestyle Interest /
Credit Card - User (002)

03. Personal Property or Buying
Activity|Interest / 57. Lifestyle Interest /
Credit Card - User (003)

03. Personal Property or Buying
Activity|Interest / 57. Lifestyle Interest /
Electronics (001)

03. Personal Property or Buying
Activity|Interest / 57. Lifestyle Interest /
Electronics (002)

03. Personal Property or Buying
Activity|Interest / 57. Lifestyle Interest /
Entertainment

03. Personal Property or Buying
Activity|Interest / 57. Lifestyle Interest /
Family (001)

03. Personal Property or Buying
Activity|Interest / 57. Lifestyle Interest /
Family (002)

03. Personal Property or Buying
Activity|Interest / 57. Lifestyle Interest /
Games (001)

03. Personal Property or Buying
Activity|Interest / 57. Lifestyle Interest /
Games (002)

03. Personal Property or Buying
Activity|Interest / 57. Lifestyle Interest / Gift
Giver (001)

03. Personal Property or Buying
Activity|Interest / 57. Lifestyle Interest / Gift
Giver (002)

03. Personal Property or Buying
Activity|Interest / 57. Lifestyle Interest / Gift
Giver (003)

03. Personal Property or Buying
Activity|Interest / 57. Lifestyle Interest / Gift
Giver (004)

03. Personal Property or Buying
Activity|Interest / 57. Lifestyle Interest /
Internet (001)

03. Personal Property or Buying
Activity|Interest / 57. Lifestyle Interest /
Internet (002)

03. Personal Property or Buying
Activity|Interest / 57. Lifestyle Interest /
Internet (003)

03. Personal Property or Buying
Activity|Interest / 57. Lifestyle Interest /
Internet (004)

03. Personal Property or Buying
Activity|Interest / 57. Lifestyle Interest /
Internet (005)

03. Personal Property or Buying
Activity|Interest / 57. Lifestyle Interest /
Internet Access (001)

03. Personal Property or Buying
Activity|Interest / 57. Lifestyle Interest /
Internet Access (002)

03. Personal Property or Buying Activity|Interest / 57. Lifestyle Interest / Internet Access (003)

03. Personal Property or Buying Activity|Interest / 57. Lifestyle Interest / Internet Access (004)

03. Personal Property or Buying Activity|Interest / 57. Lifestyle Interest / Internet Access (005)

03. Personal Property or Buying Activity|Interest / 57. Lifestyle Interest / Owns A Computer

03. Personal Property or Buying Activity|Interest / 57. Lifestyle Interest / Pets - Cat

03. Personal Property or Buying Activity|Interest / 57. Lifestyle Interest / Single Parent with Child(ren)

03. Personal Property or Buying Activity|Interest / 57. Lifestyle Interest / Social Activity

03. Personal Property or Buying Activity|Interest / 57. Lifestyle Interest / Sports and Outdoors - Football

03. Personal Property or Buying Activity|Interest / 57. Lifestyle Interest / Television

03. Personal Property or Buying Activity|Interest / 57. Lifestyle Interest / Travel (001)

03. Personal Property or Buying Activity|Interest / 57. Lifestyle Interest / Travel (002)

03. Personal Property or Buying Activity|Interest / 57. Lifestyle Interest / Travel (003)

03. Personal Property or Buying Activity|Interest / 57. Lifestyle Interest / Travel - Domestic

03. Personal Property or Buying Activity|Interest / 57. Lifestyle Interest / Travel - General

03. Personal Property or Buying Activity|Interest / 57. Lifestyle Interest / Travel - International

03. Personal Property or Buying Activity|Interest / 60. Buying Activity Behavior-Books and Magazines / Books

03. Personal Property or Buying Activity|Interest / 60. Buying Activity Behavior-Books and Magazines / Magazine Subscriber - Do It Yourself

03. Personal Property or Buying Activity|Interest / 60. Buying Activity Behavior-Books and Magazines / Magazine Subscriber - Health and Fitness

03. Personal Property or Buying Activity|Interest / 60. Buying Activity Behavior-Books and Magazines / Magazine Subscriber - News and Financial

03. Personal Property or Buying Activity|Interest / 63. Buying Activity Behavior-General / Cosmetics

03. Personal Property or Buying Activity|Interest / 63. Buying Activity Behavior-General / Health and Beauty

03. Personal Property or Buying Activity|Interest / 63. Buying Activity Behavior-General / Last Dollars Amount Purchased (001)

03. Personal Property or Buying Activity|Interest / 63. Buying Activity Behavior-General / Last Dollars Amount Purchased (002)

03. Personal Property or Buying Activity|Interest / 63. Buying Activity Behavior-General / Magazines

03. Personal Property or Buying Activity|Interest / 63. Buying Activity Behavior-General / Mail Order Buyer

03. Personal Property or Buying
Activity|Interest / 63. Buying Activity
Behavior-General / Months Since - Last
Activity (001)

03. Personal Property or Buying
Activity|Interest / 63. Buying Activity
Behavior-General / Months Since - Last
Activity (002)

03. Personal Property or Buying
Activity|Interest / 63. Buying Activity
Behavior-General / Months Since - Last
Activity (003)

03. Personal Property or Buying
Activity|Interest / 63. Buying Activity
Behavior-General / Months Since - Last
Purchase (001)

03. Personal Property or Buying
Activity|Interest / 63. Buying Activity
Behavior-General / Months Since - Last
Purchase (002)

03. Personal Property or Buying
Activity|Interest / 63. Buying Activity
Behavior-General / Months Since - Last
Purchase (003)

03. Personal Property or Buying
Activity|Interest / 63. Buying Activity
Behavior-General / Number of Orders - Total
(001)

03. Personal Property or Buying
Activity|Interest / 63. Buying Activity
Behavior-General / Number of Orders - Total
(002)

03. Personal Property or Buying
Activity|Interest / 63. Buying Activity
Behavior-General / Number of Unique
Companies Purchased from - Bargain (001)

03. Personal Property or Buying
Activity|Interest / 63. Buying Activity
Behavior-General / Number of Unique
Companies Purchased from - Bargain (002)

03. Personal Property or Buying
Activity|Interest / 63. Buying Activity
Behavior-General / Payment Method - Credit
Card

03. Personal Property or Buying
Activity|Interest / 63. Buying Activity
Behavior-General / Pets

03. Personal Property or Buying
Activity|Interest / 63. Buying Activity
Behavior-General / Purchase Date - Date
Last Known (001)

03. Personal Property or Buying
Activity|Interest / 63. Buying Activity
Behavior-General / Purchase Date - Date
Last Known (002)

03. Personal Property or Buying
Activity|Interest / 63. Buying Activity
Behavior-General / Purchase Date - Date
Last Known (003)

03. Personal Property or Buying
Activity|Interest / 63. Buying Activity
Behavior-General / Purchase Date - Date
Last Known (004)

03. Personal Property or Buying
Activity|Interest / 63. Buying Activity
Behavior-General / Purchase Date - Date
Last Known (005)

03. Personal Property or Buying
Activity|Interest / 63. Buying Activity
Behavior-General / Purchase Date - First
Known

03. Personal Property or Buying
Activity|Interest / 63. Buying Activity
Behavior-General / Purchased via Internet

03. Personal Property or Buying
Activity|Interest / 63. Buying Activity
Behavior-General / Purchased via Mail

03. Personal Property or Buying
Activity|Interest / 63. Buying Activity
Behavior-General / Total Dollars Spent (001)

03. Personal Property or Buying
Activity|Interest / 63. Buying Activity
Behavior-General / Total Dollars Spent (002)

03. Personal Property or Buying
Activity|Interest / 63. Buying Activity
Behavior-General / Total Dollars Spent -
Ranking

03. Personal Property or Buying
Activity|Interest / 64. Buying Activity
Behavior-Gifts and Holiday Items / Number
of Unique Companies Purchased from - Gifts
(001)

03. Personal Property or Buying
Activity|Interest / 64. Buying Activity
Behavior-Gifts and Holiday Items / Number
of Unique Companies Purchased from - Gifts
(002)

03. Personal Property or Buying
Activity|Interest / 67. Inferences-Models /
Real Property Address (001)

03. Personal Property or Buying
Activity|Interest / 67. Inferences-Models /
Real Property Address (001) / Home Value -
Household Regulation B (001)

03. Personal Property or Buying
Activity|Interest / 67. Inferences-Models /
Real Property Address (001) / Home Value -
Household Regulation B (002)

03. Personal Property or Buying
Activity|Interest / 67. Inferences-Models /
Real Property Address (001) / Home Value -
Household Regulation B (003)

03. Personal Property or Buying
Activity|Interest / 67. Inferences-Models /
Real Property Address (001) / Home Value -
Household Regulation B (004)

03. Personal Property or Buying
Activity|Interest / 67. Inferences-Models /
Real Property Address (001) / Home Value -
Household Regulation B (005)

03. Personal Property or Buying
Activity|Interest / 67. Inferences-Models /
Real Property Address (001) / Home Value -
Household Regulation B (006)

03. Personal Property or Buying
Activity|Interest / 67. Inferences-Models /
Real Property Address (001) / Home Value -
Household Regulation B (007)

03. Personal Property or Buying
Activity|Interest / 67. Inferences-Models /
Real Property Address (001) / Home Value -
Household Regulation B (008)

03. Personal Property or Buying
Activity|Interest / 67. Inferences-Models /
Real Property Address (001) / Home Value -
Household Regulation B (009)

03. Personal Property or Buying
Activity|Interest / 67. Inferences-Models /
Real Property Address (001) / Household -
Home Estimated Change In Last 03 Months
- Regulation B (001)

03. Personal Property or Buying
Activity|Interest / 67. Inferences-Models /
Real Property Address (001) / Household -
Home Estimated Change In Last 03 Months
- Regulation B (002)

03. Personal Property or Buying
Activity|Interest / 67. Inferences-Models /
Real Property Address (001) / Household -
Home Estimated Change In Last 03 Months
- Regulation B (003)

03. Personal Property or Buying
Activity|Interest / 67. Inferences-Models /
Real Property Address (001) / Household -
Home Estimated Change In Last 03 Months
- Regulation B (004)

03. Personal Property or Buying
Activity|Interest / 67. Inferences-Models /
Real Property Address (001) / Household -
Home Estimated Change In Last 03 Months
- Regulation B (005)

03. Personal Property or Buying
Activity|Interest / 67. Inferences-Models /
Real Property Address (001) / Household -
Home Estimated Change In Last 03 Months
- Regulation B (006)

03. Personal Property or Buying
Activity|Interest / 67. Inferences-Models /
Real Property Address (001) / Household -
Home Estimated Change In Last 03 Months
- Regulation B (007)

03. Personal Property or Buying Activity|Interest / 67. Inferences-Models / Real Property Address (001) / Household - Home Estimated Change In Last 06 Months - Regulation B (001)

03. Personal Property or Buying Activity|Interest / 67. Inferences-Models / Real Property Address (001) / Household - Home Estimated Change In Last 06 Months - Regulation B (002)

03. Personal Property or Buying Activity|Interest / 67. Inferences-Models / Real Property Address (001) / Household - Home Estimated Change In Last 06 Months - Regulation B (003)

03. Personal Property or Buying Activity|Interest / 67. Inferences-Models / Real Property Address (001) / Household - Home Estimated Change In Last 06 Months - Regulation B (004)

03. Personal Property or Buying Activity|Interest / 67. Inferences-Models / Real Property Address (001) / Household - Home Estimated Change In Last 06 Months - Regulation B (005)

03. Personal Property or Buying Activity|Interest / 67. Inferences-Models / Real Property Address (001) / Household - Home Estimated Change In Last 06 Months - Regulation B (006)

03. Personal Property or Buying Activity|Interest / 67. Inferences-Models / Real Property Address (001) / Household - Home Estimated Change In Last 06 Months - Regulation B (007)

03. Personal Property or Buying Activity|Interest / 67. Inferences-Models / Real Property Address (001) / Household - Home Estimated Change In Last 12 Months - Regulation B (001)

03. Personal Property or Buying Activity|Interest / 67. Inferences-Models / Real Property Address (001) / Household - Home Estimated Change In Last 12 Months - Regulation B (002)

03. Personal Property or Buying Activity|Interest / 67. Inferences-Models / Real Property Address (001) / Household - Home Estimated Change In Last 12 Months - Regulation B (003)

03. Personal Property or Buying Activity|Interest / 67. Inferences-Models / Real Property Address (001) / Household - Home Estimated Change In Last 12 Months - Regulation B (004)

03. Personal Property or Buying Activity|Interest / 67. Inferences-Models / Real Property Address (001) / Household - Home Estimated Change In Last 12 Months - Regulation B (005)

03. Personal Property or Buying Activity|Interest / 67. Inferences-Models / Real Property Address (001) / Household - Home Estimated Change In Last 12 Months - Regulation B (006)

03. Personal Property or Buying Activity|Interest / 67. Inferences-Models / Real Property Address (001) / Household - Home Estimated Change In Last 12 Months - Regulation B (007)

03. Personal Property or Buying Activity|Interest / 67. Inferences-Models / Real Property Address (001) / Household - Home Estimated Change In Last 12 Months - Regulation B (008)

03. Personal Property or Buying Activity|Interest / 67. Inferences-Models / Real Property Address (002)

03. Personal Property or Buying Activity|Interest / 67. Inferences-Models / Real Property Address (003)

03. Personal Property or Buying Activity|Interest / 73. Buying Activity Behavior-Other / Number of Unique Companies Purchased from - Family

03. Personal Property or Buying Activity|Interest / 73. Buying Activity Behavior-Other / Number of Unique Companies Purchased from - Fitness

03. Personal Property or Buying Activity|Interest / 73. Buying Activity Behavior-Other / Number of Unique Companies Purchased from - Games

03. Personal Property or Buying Activity|Interest / 75. Buying Activity Behavior-Apparel / Number of Unique Companies Purchased from - Apparel

03. Personal Property or Buying Activity|Interest / 75. Buying Activity Behavior-Apparel / Number of Unique Companies Purchased from - Apparel-Accessories

03. Personal Property or Buying Activity|Interest / 75. Buying Activity Behavior-Apparel / Number of Unique Companies Purchased from - Apparel-Mens

03. Personal Property or Buying Activity|Interest / 76. Buying Activity Behavior-Catalog / Number of Unique Companies Purchased from - Catalogs

03. Personal Property or Buying Activity|Interest / 79. Buying Activity Behavior-Computers|Home Office / Number of Unique Companies Purchased from - Computers

03. Personal Property or Buying Activity|Interest / 81. Buying Activity Behavior-Electronics / Electronics via Mail

03. Personal Property or Buying Activity|Interest / 81. Buying Activity Behavior-Electronics / Number of Unique Companies Purchased from - Electronics

03. Personal Property or Buying Activity|Interest / 82. Buying Activity Behavior-Health and Beauty / Number of Unique Companies Purchased from - Health and Beauty Cosmetics

03. Personal Property or Buying Activity|Interest / 82. Buying Activity Behavior-Health and Beauty / Number of Unique Companies Purchased from - Medical or Health

03. Personal Property or Buying Activity|Interest / 86. Buying Activity Behavior-Travel / Number of Unique Companies Purchased from - Travel

08. Employment Information / 14. Occupation|Employment / High Tech Leader

08. Employment Information / 14. Occupation|Employment / Occupation Category

08. Employment Information / 14. Occupation|Employment / Percent - Occupation Construction Mining Range

08. Employment Information / 14. Occupation|Employment / Percent - Occupation Management Range

08. Employment Information / 14. Occupation|Employment / Percent - Occupation Manufacturing Transportation Range

08. Employment Information / 14. Occupation|Employment / Percent - Occupation Sales Range

08. Employment Information / 14. Occupation|Employment / Percent - Occupation Service Range

08. Employment Information / 14. Occupation|Employment / Percent Occupation - Blue Collar Range

08. Employment Information / 14. Occupation|Employment / Percent Occupation - White Collar Range

09. Education Information / 12. Education / Average Years of Education

09. Education Information / 12. Education / College Major

09. Education Information / 12. Education / College Name

09. Education Information / 12. Education / Degree Type Code

09. Education Information / 12. Education / Degree Type Name

09. Education Information / 12. Education / Education (001)

09. Education Information / 12. Education / Education (002)

09. Education Information / 12. Education / Education (003)

09. Education Information / 12. Education / Graduation Year - High School (001)

09. Education Information / 12. Education / Graduation Year - High School (002)

10. Inferences / 57. Lifestyle Interest / Affinity Rank - Internet Buyer (001)

10. Inferences / 57. Lifestyle Interest / Affinity Rank - Internet Buyer (002)

10. Inferences / 57. Lifestyle Interest / Affinity Rank - Internet Buyer (003)

10. Inferences / 57. Lifestyle Interest / Affinity Rank - Internet Buyer (004)

10. Inferences / 57. Lifestyle Interest / Affinity Rank - Internet Buyer (005)

10. Inferences / 67. Inferences-Models / Alcohol Consumption (001)

10. Inferences / 67. Inferences-Models / Alcohol Consumption (002)

10. Inferences / 67. Inferences-Models / Alcohol usage estimated (Centile) (001)

10. Inferences / 67. Inferences-Models / Alcohol usage estimated (Centile) (002)

10. Inferences / 67. Inferences-Models / Alcohol usage estimated (Quintile) (001)

10. Inferences / 67. Inferences-Models / Alcohol usage estimated (Quintile) (002)

10. Inferences / 67. Inferences-Models / Alcohol usage estimated (Star Rating)

10. Inferences / 67. Inferences-Models / Body Mass

10. Inferences / 67. Inferences-Models / Data Received Date

10. Inferences / 67. Inferences-Models / Data Received Date / Charitable Contributions Decile

10. Inferences / 67. Inferences-Models / Data Received Date / Charitable Contributions Rank

10. Inferences / 67. Inferences-Models / Data Received Date / Discretionary Income Decile

10. Inferences / 67. Inferences-Models / Data Received Date / Discretionary Income Index

10. Inferences / 67. Inferences-Models / Data Received Date / Discretionary Income Rank

10. Inferences / 67. Inferences-Models / Data Received Date / Home Market Value Range

10. Inferences / 67. Inferences-Models / Data Received Date / Income Range

10. Inferences / 67. Inferences-Models / Data Received Date / Income Range - Premium

10. Inferences / 67. Inferences-Models / Data Received Date / Life Insurance Purchase Propensity Decile

10. Inferences / 67. Inferences-Models / Data Received Date / Life Insurance Purchase Propensity Rank

10. Inferences / 67. Inferences-Models / Data Received Date / Vacation Property Ownership Propensity Decile

10. Inferences / 67. Inferences-Models / Data Received Date / Vacation Property Ownership Propensity Rank

10. Inferences / 67. Inferences-Models / Diet Lifestyle (001)

10. Inferences / 67. Inferences-Models / Diet Lifestyle (002)

10. Inferences / 67. Inferences-Models / Exercise Frequency (001)

10. Inferences / 67. Inferences-Models / Exercise Frequency (002)

10. Inferences / 67. Inferences-Models / Exercise Frequency (003)

10. Inferences / 67. Inferences-Models / Extreme Sports Enthusiasts

10. Inferences / 67. Inferences-Models / Fast Food|Snack Food Consumption (001)

10. Inferences / 67. Inferences-Models / Fast Food|Snack Food Consumption (002)

10. Inferences / 67. Inferences-Models / Fast Food|Snack Food Consumption (003)

10. Inferences / 67. Inferences-Models / Fast Food|Snack Food Consumption (004)

10. Inferences / 67. Inferences-Models / Fast Food|Snack Food Consumption (005)

10. Inferences / 67. Inferences-Models / Healthy Lifestyle (001)

10. Inferences / 67. Inferences-Models / Healthy Lifestyle (002)

10. Inferences / 67. Inferences-Models / Healthy Lifestyle (003)

10. Inferences / 67. Inferences-Models / Likelihood to Exercise (Centile) (001)

10. Inferences / 67. Inferences-Models / Likelihood to Exercise (Centile) (002)

10. Inferences / 67. Inferences-Models / Likelihood to Exercise (Quintile) (001)

10. Inferences / 67. Inferences-Models / Likelihood to Exercise (Quintile) (002)

10. Inferences / 67. Inferences-Models / Likelihood to Exercise (Star Rating)

10. Inferences / 67. Inferences-Models / Likelihood to be Smoker (Centile) (001)

10. Inferences / 67. Inferences-Models / Likelihood to be Smoker (Centile) (002)

10. Inferences / 67. Inferences-Models / Likelihood to be Smoker (Quintile)

10. Inferences / 67. Inferences-Models / Likelihood to have Healthy Diet (Centile) (001)

10. Inferences / 67. Inferences-Models / Likelihood to have Healthy Diet (Centile) (002)

10. Inferences / 67. Inferences-Models / Likelihood to have Healthy Diet (Quintile)

10. Inferences / 67. Inferences-Models / Overall Wellness (001)

10. Inferences / 67. Inferences-Models / Overall Wellness (002)

10. Inferences / 67. Inferences-Models / Overall Wellness (003)

10. Inferences / 67. Inferences-Models / Overall Wellness (004)

10. Inferences / 67. Inferences-Models / Overall Wellness (005)

10. Inferences / 67. Inferences-Models / Overall Wellness (006)

10. Inferences / 67. Inferences-Models /
Safety Compliance (001)

10. Inferences / 67. Inferences-Models /
Safety Compliance (002)

10. Inferences / 67. Inferences-Models /
Sleep Quality (001)

10. Inferences / 67. Inferences-Models /
Sleep Quality (002)

10. Inferences / 67. Inferences-Models /
Sleep Quality (003)

10. Inferences / 67. Inferences-Models /
Sleep Quality (004)

10. Inferences / 67. Inferences-Models /
Smoking Frequency (001)

10. Inferences / 67. Inferences-Models /
Smoking Frequency (002)

10. Inferences / 67. Inferences-Models /
Social Setting Behavior (001)

10. Inferences / 67. Inferences-Models /
Social Setting Behavior (002)

10. Inferences / 67. Inferences-Models /
Social Setting Behavior (003)

10. Inferences / 67. Inferences-Models /
Stress Level (001)

10. Inferences / 67. Inferences-Models /
Stress Level (002)

10. Inferences / 68. Inferences-Email
Information / Household - Deliverability (001)

10. Inferences / 68. Inferences-Email
Information / Household - Deliverability (002)

10. Inferences / 68. Inferences-Email
Information / Household - Deliverability (003)

10. Inferences / 68. Inferences-Email
Information / Household - Deliverability (004)

10. Inferences / 68. Inferences-Email
Information / Household - Deliverability (005)

10. Inferences / 68. Inferences-Email
Information / Household - Deliverability (006)

10. Inferences / 68. Inferences-Email
Information / Household - Deliverability (007)

10. Inferences / 68. Inferences-Email
Information / Household - Deliverability (008)

10. Inferences / 68. Inferences-Email
Information / Household - Deliverability (009)

10. Inferences / 68. Inferences-Email
Information / Household - Deliverability (010)

10. Inferences / 68. Inferences-Email
Information / Household - Open Propensity
(001)

10. Inferences / 68. Inferences-Email
Information / Household - Open Propensity
(002)

10. Inferences / 68. Inferences-Email
Information / Household - Open Propensity
(003)

10. Inferences / 68. Inferences-Email
Information / Household - Open Propensity
(004)

10. Inferences / 68. Inferences-Email
Information / Household - Open Propensity
(005)

10. Inferences / 69. Inferences-Financial
Information / Ability to Pay - Household

10. Inferences / 69. Inferences-Financial
Information / Ability to Pay - Household /
Ability to Pay - Household - Assignment
Level

10. Inferences / 69. Inferences-Financial
Information / Credit Card - Balance
Transfers

10. Inferences / 69. Inferences-Financial
Information / Credit Card - Likely to Respond

10. Inferences / 69. Inferences-Financial Information / Credit Card - Likely to Respond - High

10. Inferences / 69. Inferences-Financial Information / Credit Card - Likely to Respond - Low Interest Rate

10. Inferences / 69. Inferences-Financial Information / Credit Card - Low Delinquent Risk

10. Inferences / 69. Inferences-Financial Information / Credit Card - Premium Card

10. Inferences / 69. Inferences-Financial Information / Credit Card - Reliable Card Payer

10. Inferences / 69. Inferences-Financial Information / Credit Card - Revolver

10. Inferences / 69. Inferences-Financial Information / Credit Card - Transactor

10. Inferences / 69. Inferences-Financial Information / Credit Risk Measurement - Household

10. Inferences / 69. Inferences-Financial Information / Financial Health - Excellent|Good Household

10. Inferences / 69. Inferences-Financial Information / Household - Discretionary Spending Dollars (001)

10. Inferences / 69. Inferences-Financial Information / Household - Discretionary Spending Dollars (002)

10. Inferences / 69. Inferences-Financial Information / Household - Discretionary Spending Dollars (003)

10. Inferences / 69. Inferences-Financial Information / Household - Discretionary Spending Dollars (004)

10. Inferences / 69. Inferences-Financial Information / Household - Discretionary Spending Dollars (005)

10. Inferences / 69. Inferences-Financial Information / Household - Discretionary Spending Dollars (006)

10. Inferences / 69. Inferences-Financial Information / Household - Discretionary Spending Dollars (007)

10. Inferences / 69. Inferences-Financial Information / Household - Discretionary Spending Dollars (008)

10. Inferences / 69. Inferences-Financial Information / Household - Discretionary Spending Dollars (009)

10. Inferences / 69. Inferences-Financial Information / Household - Discretionary Spending Dollars (010)

10. Inferences / 69. Inferences-Financial Information / Household - Discretionary Spending Dollars (011)

10. Inferences / 69. Inferences-Financial Information / Household - Discretionary Spending Dollars (012)

10. Inferences / 69. Inferences-Financial Information / Household - Discretionary Spending Dollars (013)

10. Inferences / 69. Inferences-Financial Information / Household - Discretionary Spending Dollars (014)

10. Inferences / 69. Inferences-Financial Information / Household - Discretionary Spending Dollars (015)

10. Inferences / 69. Inferences-Financial Information / Household - Discretionary Spending Dollars (016)

10. Inferences / 69. Inferences-Financial Information / Household - Discretionary Spending Dollars Regulation B (001)

10. Inferences / 69. Inferences-Financial Information / Household - Discretionary Spending Dollars Regulation B (002)

10. Inferences / 69. Inferences-Financial Information / Househo d - Discretionary Spending Dollars Regulation B (003)

10. Inferences / 69. Inferences-Financial Information / Househo d - Discretionary Spending Dollars Regulation B (004)

10. Inferences / 69. Inferences-Financial Information / Househo d - Discretionary Spending Dollars Regulation B (005)

10. Inferences / 69. Inferences-Financial Information / Househo d - Discretionary Spending Dollars Regulation B (006)

10. Inferences / 69. Inferences-Financial Information / Househo d - Discretionary Spending Dollars Regulation B (007)

10. Inferences / 69. Inferences-Financial Information / Househo d - Discretionary Spending Dollars Regulation B (008)

10. Inferences / 69. Inferences-Financial Information / Househo d - Discretionary Spending Dollars Regulation B (009)

10. Inferences / 69. Inferences-Financial Information / Househo d - Discretionary Spending Dollars Regulation B (010)

10. Inferences / 69. Inferences-Financial Information / Househo d - Discretionary Spending Dollars Regulation B (011)

10. Inferences / 69. Inferences-Financial Information / Househo d - Discretionary Spending Dollars Regulation B (012)

10. Inferences / 69. Inferences-Financial Information / Househo d - Discretionary Spending Dollars Regulation B (013)

10. Inferences / 69. Inferences-Financial Information / Househo d - Discretionary Spending Dollars Regulation B (014)

10. Inferences / 69. Inferences-Financial Information / Househo d - Discretionary Spending Dollars Regulation B (015)

10. Inferences / 69. Inferences-Financial Information / Househo d - Discretionary Spending Dollars Regulation B (016)

10. Inferences / 69. Inferences-Financial Information / Income - Change In Last 12 Months Household Regulation B (001)

10. Inferences / 69. Inferences-Financial Information / Income - Change In Last 12 Months Household Regulation B (002)

10. Inferences / 69. Inferences-Financial Information / Income - Change In Last 12 Months Household Regulation B (003)

10. Inferences / 69. Inferences-Financial Information / Income - Change In Last 12 Months Household Regulation B (004)

10. Inferences / 69. Inferences-Financial Information / Income - Change In Last 12 Months Household Regulation B (005)

10. Inferences / 69. Inferences-Financial Information / Income - Change In Last 12 Months Household Regulation B (006)

10. Inferences / 69. Inferences-Financial Information / Income - Disposable Household (001)

10. Inferences / 69. Inferences-Financial Information / Income - Disposable Household (002)

10. Inferences / 69. Inferences-Financial Information / Income - Disposable Household (003)

10. Inferences / 69. Inferences-Financial Information / Income - Disposable Household (004)

10. Inferences / 69. Inferences-Financial Information / Income - Disposable Household (005)

10. Inferences / 69. Inferences-Financial Information / Income - Disposable Household (006)

10. Inferences / 69. Inferences-Financial
Information / Income - Disposable
Household (007)

10. Inferences / 69. Inferences-Financial
Information / Income - Disposable
Household (008)

10. Inferences / 69. Inferences-Financial
Information / Income - Disposable
Household Regulation B (001)

10. Inferences / 69. Inferences-Financial
Information / Income - Disposable
Household Regulation B (002)

10. Inferences / 69. Inferences-Financial
Information / Income - Disposable
Household Regulation B (003)

10. Inferences / 69. Inferences-Financial
Information / Income - Disposable
Household Regulation B (004)

10. Inferences / 69. Inferences-Financial
Information / Income - Disposable
Household Regulation B (005)

10. Inferences / 69. Inferences-Financial
Information / Income - Disposable
Household Regulation B (006)

10. Inferences / 69. Inferences-Financial
Information / Income - Household (001)

10. Inferences / 69. Inferences-Financial
Information / Income - Household (002)

10. Inferences / 69. Inferences-Financial
Information / Income - Household (003)

10. Inferences / 69. Inferences-Financial
Information / Income - Household (004)

10. Inferences / 69. Inferences-Financial
Information / Income - Household (005)

10. Inferences / 69. Inferences-Financial
Information / Income - Household (006)

10. Inferences / 69. Inferences-Financial
Information / Income - Household (007)

10. Inferences / 69. Inferences-Financial
Information / Income - Household (008)

10. Inferences / 69. Inferences-Financial
Information / Income - Household (009)

10. Inferences / 69. Inferences-Financial
Information / Income - Household (010)

10. Inferences / 69. Inferences-Financial
Information / Income - Household (011)

10. Inferences / 69. Inferences-Financial
Information / Income - Household (012)

10. Inferences / 69. Inferences-Financial
Information / Income - Household (013)

10. Inferences / 69. Inferences-Financial
Information / Income - Household (014)

10. Inferences / 69. Inferences-Financial
Information / Income - Household (015)

10. Inferences / 69. Inferences-Financial
Information / Income - Household (016)

10. Inferences / 69. Inferences-Financial
Information / Income - Household (017)

10. Inferences / 69. Inferences-Financial
Information / Income - Household (018)

10. Inferences / 69. Inferences-Financial
Information / Income - Household (019)

10. Inferences / 69. Inferences-Financial
Information / Income - Household (020)

10. Inferences / 69. Inferences-Financial
Information / Income - Household (021)

10. Inferences / 69. Inferences-Financial
Information / Income - Household (021) /
Income - Household

10. Inferences / 69. Inferences-Financial
Information / Income - Household - Change
In Last 12 Months (001)

10. Inferences / 69. Inferences-Financial Information / Income - Household - Change In Last 12 Months (002)

10. Inferences / 69. Inferences-Financial Information / Income - Household - Change In Last 12 Months (003)

10. Inferences / 69. Inferences-Financial Information / Income - Household - Change In Last 12 Months (004)

10. Inferences / 69. Inferences-Financial Information / Income - Household - Change In Last 12 Months (005)

10. Inferences / 69. Inferences-Financial Information / Income - Household - Change In Last 12 Months (006)

10. Inferences / 69. Inferences-Financial Information / Income - Household - Change In Last 12 Months (007)

10. Inferences / 69. Inferences-Financial Information / Income - Household Regulation B (001)

10. Inferences / 69. Inferences-Financial Information / Income - Household Regulation B (002)

10. Inferences / 69. Inferences-Financial Information / Income - Household Regulation B (003)

10. Inferences / 69. Inferences-Financial Information / Income - Household Regulation B (004)

10. Inferences / 69. Inferences-Financial Information / Income - Household Regulation B (005)

10. Inferences / 69. Inferences-Financial Information / Income - Household Regulation B (006)

10. Inferences / 69. Inferences-Financial Information / Income - Household Regulation B (007)

10. Inferences / 69. Inferences-Financial Information / Income - Household Regulation B (008)

10. Inferences / 69. Inferences-Financial Information / Income - Household Regulation B (009)

10. Inferences / 69. Inferences-Financial Information / Income - Household Regulation B (010)

10. Inferences / 69. Inferences-Financial Information / Income - Household Regulation B (011)

10. Inferences / 69. Inferences-Financial Information / Income - Household Regulation B (012)

10. Inferences / 69. Inferences-Financial Information / Income - Household Regulation B (013)

10. Inferences / 69. Inferences-Financial Information / Income - Household Regulation B (014)

10. Inferences / 69. Inferences-Financial Information / Income - Household Regulation B (015)

10. Inferences / 69. Inferences-Financial Information / Income - Household Regulation B (016)

10. Inferences / 69. Inferences-Financial Information / Income - Household Regulation B (017)

10. Inferences / 69. Inferences-Financial Information / Income Ratio - Individual to Zip Average Household (001)

10. Inferences / 69. Inferences-Financial Information / Income Ratio - Individual to Zip Average Household (002)

10. Inferences / 69. Inferences-Financial Information / Income Ratio - Individual to Zip Average Household (003)

10. Inferences / 69. Inferences-Financial Information / Income Ratio - Individual to Zip Average Household (004)

10. Inferences / 69. Inferences-Financial Information / Income Ratio - Individual to Zip Average Household (005)

10. Inferences / 69. Inferences-Financial Information / Income Ratio - Individual to Zip Average Household (006)

10. Inferences / 69. Inferences-Financial Information / Income Ratio - Individual to Zip Average Household (007)

10. Inferences / 69. Inferences-Financial Information / Income Ratio - Individual to Zip Average Household (008)

10. Inferences / 69. Inferences-Financial Information / Income Ratio - Individual to Zip Average Household (009)

10. Inferences / 69. Inferences-Financial Information / Income Ratio - Individual to Zip Average Household (010)

10. Inferences / 69. Inferences-Financial Information / Income Ratio - Individual to Zip Average Household (011)

10. Inferences / 69. Inferences-Financial Information / Income Ratio - Individual to Zip Average Household Regulation B (001)

10. Inferences / 69. Inferences-Financial Information / Income Ratio - Individual to Zip Average Household Regulation B (002)

10. Inferences / 69. Inferences-Financial Information / Income Ratio - Individual to Zip Average Household Regulation B (003)

10. Inferences / 69. Inferences-Financial Information / Income Ratio - Individual to Zip Average Household Regulation B (004)

10. Inferences / 69. Inferences-Financial Information / Income Ratio - Individual to Zip Average Household Regulation B (005)

10. Inferences / 69. Inferences-Financial Information / Income Ratio - Individual to Zip Average Household Regulation B (006)

10. Inferences / 69. Inferences-Financial Information / Income Ratio - Individual to Zip Average Household Regulation B (007)

10. Inferences / 69. Inferences-Financial Information / Income Ratio - Individual to Zip Average Household Regulation B (008)

10. Inferences / 69. Inferences-Financial Information / Income Ratio - Individual to Zip Average Household Regulation B (009)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Annuity Household Regulation B (001)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Annuity Household Regulation B (002)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Annuity Household Regulation B (003)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Annuity Household Regulation B (004)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Bonds Household Regulation B (001)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Bonds Household Regulation B (002)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Bonds Household Regulation B (003)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Bonds Savings Household Regulation B

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Checking Household Regulation B (001)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Checking Household Regulation B (002)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Checking Household Regulation B (003)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Checking Household Regulation B (004)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Checking Household Regulation B (005)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Checking Household Regulation B (006)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Household Regulation B (001)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Household Regulation B (002)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Household Regulation B (003)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Household Regulation B (004)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Household Regulation B (005)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Household Regulation B (006)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Life Insurance Household Regulation B (001)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Life Insurance Household Regulation B (002)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Life Insurance Household Regulation B (003)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Life Insurance Household Regulation B (004)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Ratio Individual to Zip Level Household (001)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Ratio Individual to Zip Level Household (002)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Ratio Individual to Zip Level Household (003)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Ratio Individual to Zip Level Household (004)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Ratio Individual to Zip Level Household (005)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Ratio Individual to Zip Level Household (006)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Ratio Individual to Zip Level Household (007)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Ratio Individual to Zip Level Household (008)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Ratio Individual to Zip Level Household Regulation B (001)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Ratio Individual to Zip Level Household Regulation B (002)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Ratio Individual to Zip Level Household Regulation B (003)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Ratio Individual to Zip Level Household Regulation B (004)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Ratio Individual to Zip Level Household Regulation B (005)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Ratio Individual to Zip Level Household Regulation B (006)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Ratio Individual to Zip Level Household Regulation B (007)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Ratio Individual to Zip Level Household Regulation B (008)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Savings Household Regulation B (001)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Savings Household Regulation B (002)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Savings Household Regulation B (003)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Savings Household Regulation B (004)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Savings Household Regulation B (005)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Savings Household Regulation B (006)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Savings Household Regulation B (007)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Savings Household Regulation B (008)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Savings Household Regulation B (009)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Securities Household Regulation B (001)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Securities Household Regulation B (002)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Securities Household Regulation B (003)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Securities Household Regulation B (004)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Securities Household Regulation B (005)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Securities Household Regulation B (006)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Securities Household Regulation B (007)

10. Inferences / 69. Inferences-Financial Information / Liquid Assets - Securities Household Regulation B (008)

10. Inferences / 69. Inferences-Financial Information / Mortgage - Likely to Respond - First Time

10. Inferences / 69. Inferences-Financial Information / Mortgage - Likely to Respond - New

10. Inferences / 69. Inferences-Financial Information / Mortgage - Likely to Respond - New and First Time

10. Inferences / 69. Inferences-Financial Information / Mortgage - Likely to Respond - Refinance

10. Inferences / 69. Inferences-Financial Information / Net Worth Household (001)

10. Inferences / 69. Inferences-Financial Information / Net Worth Household (002)

10. Inferences / 69. Inferences-Financial Information / Net Worth Household (003)

10. Inferences / 69. Inferences-Financial Information / Net Worth Household (004)

10. Inferences / 69. Inferences-Financial Information / Net Worth Household (005)

10. Inferences / 69. Inferences-Financial Information / Net Worth Household (006)

10. Inferences / 69. Inferences-Financial Information / Net Worth Household (007)

10. Inferences / 69. Inferences-Financial Information / Net Worth Household (008)

10. Inferences / 69. Inferences-Financial Information / Net Worth Household (009)

10. Inferences / 69. Inferences-Financial Information / Net Worth Household (010)

10. Inferences / 69. Inferences-Financial Information / Net Worth Household (011)

10. Inferences / 69. Inferences-Financial Information / Net Worth Household - Regulation B (001)

10. Inferences / 69. Inferences-Financial Information / Net Worth Household - Regulation B (002)

10. Inferences / 69. Inferences-Financial Information / Net Worth Household - Regulation B (003)

10. Inferences / 69. Inferences-Financial Information / Net Worth Household - Regulation B (004)

10. Inferences / 69. Inferences-Financial Information / Net Worth Household - Regulation B (005)

10. Inferences / 69. Inferences-Financial Information / Net Worth Household - Regulation B (006)

10. Inferences / 69. Inferences-Financial Information / Net Worth Household - Regulation B (007)

10. Inferences / 69. Inferences-Financial Information / Net Worth Household - Regulation B (008)

10. Inferences / 69. Inferences-Financial Information / Net Worth Household - Regulation B (009)

10. Inferences / 69. Inferences-Financial Information / Net Worth Household - Regulation B (010)

10. Inferences / 69. Inferences-Financial Information / Net Worth Household - Regulation B (011)

10. Inferences / 69. Inferences-Financial Information / Net Worth Household - Regulation B (012)

10. Inferences / 69. Inferences-Financial Information / Net Worth Household - Regulation B (013)

10. Inferences / 69. Inferences-Financial Information / Net Worth Household - Regulation B (014)

10. Inferences / 69. Inferences-Financial Information / Net Worth Household - Regulation B (015)

10. Inferences / 69. Inferences-Financial Information / Net Worth Household - Regulation B (016)

10. Inferences / 69. Inferences-Financial Information / Net Worth Household - Regulation B (017)

10. Inferences / 69. Inferences-Financial Information / Net Worth Household - Regulation B (018)

10. Inferences / 69. Inferences-Financial Information / Net Worth Household - Regulation B (019)

10. Inferences / 69. Inferences-Financial Information / Net Worth Household - Regulation B (020)

10. Inferences / 69. Inferences-Financial Information / Net Worth Household - Regulation B (021)

10. Inferences / 69. Inferences-Financial Information / Net Worth Household - Regulation B (022)

10. Inferences / 69. Inferences-Financial Information / Net Worth Household - Regulation B (023)

10. Inferences / 69. Inferences-Financial Information / Net Worth Household - Regulation B (024)

10. Inferences / 69. Inferences-Financial Information / Net Worth Household - Regulation B (025)

10. Inferences / 69. Inferences-Financial Information / Net Worth Household - Regulation B (026)

10. Inferences / 69. Inferences-Financial Information / Net Worth Household - Regulation B (027)

10. Inferences / 69. Inferences-Financial Information / Net Worth Household - Regulation B (028)

10. Inferences / 69. Inferences-Financial Information / Net Worth Household - Regulation B (029)

10. Inferences / 69. Inferences-Financial Information / Net Worth Household - Regulation B (030)

10. Inferences / 69. Inferences-Financial Information / Net Worth Household - Regulation B (031)

10. Inferences / 69. Inferences-Financial Information / Net Worth Household - Regulation B (032)

10. Inferences / 69. Inferences-Financial Information / Net Worth Household - Regulation B (033)

10. Inferences / 69. Inferences-Financial Information / Prosperity Index - Household

10. Inferences / 69. Inferences-Financial Information / Prosperity Index - Household / Prosperity Index - Household - Assignment Level

10. Inferences / 69. Inferences-Financial Information / Spending Power - Household

10. Inferences / 69. Inferences-Financial Information / Spending Power - Household / Spending Power - Household - Assignment Level

10. Inferences / 69. Inferences-Financial Information / Student Loan - Likely to Respond - Consolidate

10. Inferences / 69. Inferences-Financial Information / Student Loan - Likely to Respond - New

10. Inferences / 69. Inferences-Financial Information / Wealth Rating Decile (001)

10. Inferences / 69. Inferences-Financial Information / Wealth Rating Decile (002)

10. Inferences / 70. Inferences-Buying Activity Behavior / Household - Green Living (001)

10. Inferences / 70. Inferences-Buying Activity Behavior / Household - Green Living (002)

10. Inferences / 70. Inferences-Buying Activity Behavior / Household - Green Living (003)

10. Inferences / 70. Inferences-Buying Activity Behavior / Household Dollars Spent - Apparel (001)

10. Inferences / 70. Inferences-Buying Activity Behavior / Household Dollars Spent - Apparel (002)

10. Inferences / 70. Inferences-Buying Activity Behavior / Household Dollars Spent - Apparel (003)

10. Inferences / 70. Inferences-Buying Activity Behavior / Household Dollars Spent - Apparel (004)

10. Inferences / 70. Inferences-Buying Activity Behavior / Household Dollars Spent - Apparel (005)

10. Inferences / 70. Inferences-Buying Activity Behavior / Household Dollars Spent - Apparel (006)

10. Inferences / 70. Inferences-Buying Activity Behavior / Household Dollars Spent - Apparel (007)

10. Inferences / 70. Inferences-Buying Activity Behavior / Household Dollars Spent - Apparel (008)

10. Inferences / 70. Inferences-Buying Activity Behavior / Household Dollars Spent - Apparel (009)

10. Inferences / 70. Inferences-Buying Activity Behavior / Household Dollars Spent - Apparel (010)

10. Inferences / 70. Inferences-Buying Activity Behavior / Household Dollars Spent - Apparel (011)

10. Inferences / 70. Inferences-Buying Activity Behavior / Household Dollars Spent - Apparel (012)

10. Inferences / 70. Inferences-Buying Activity Behavior / Household Dollars Spent - Apparel (013)

10. Inferences / 70. Inferences-Buying Activity Behavior / Household Dollars Spent - Apparel (014)

10. Inferences / 70. Inferences-Buying Activity Behavior / Household Dollars Spent - Apparel (015)

10. Inferences / 70. Inferences-Buying Activity Behavior / Household Dollars Spent - Apparel (016)

10. Inferences / 70. Inferences-Buying Activity Behavior / Household Dollars Spent - Charitable Donations (001)

10. Inferences / 70. Inferences-Buying Activity Behavior / Household Dollars Spent - Charitable Donations (002)

10. Inferences / 70. Inferences-Buying Activity Behavior / Household Dollars Spent - Charitable Donations (003)

10. Inferences / 70. Inferences-Buying Activity Behavior / Household Dollars Spent - Charitable Donations (004)

10. Inferences / 70. Inferences-Buying Activity Behavior / Household Dollars Spent - Charitable Donations (005)

10. Inferences / 70. Inferences-Buying Activity Behavior / Household Dollars Spent - Charitable Donations (006)

10. Inferences / 70. Inferences-Buying Activity Behavior / Household Dollars Spent - Charitable Donations (007)

10. Inferences / 70. Inferences-Buying Activity Behavior / Household Dollars Spent - Charitable Donations (008)

10. Inferences / 70. Inferences-Buying Activity Behavior / Household Dollars Spent - Charitable Donations (009)

10. Inferences / 70. Inferences-Buying Activity Behavior / Household Dollars Spent - Charitable Donations (010)

10. Inferences / 70. Inferences-Buying Activity Behavior / Household Dollars Spent - Charitable Donations (011)

10. Inferences / 70. Inferences-Buying Activity Behavior / Household Dollars Spent - Charitable Donations (012)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Charitable Donations (013)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Charitable Donations (014)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Charitable Donations (015)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Charitable Donations (016)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Dining Out (001)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Dining Out (002)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Dining Out (003)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Dining Out (004)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Dining Out (005)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Dining Out (006)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Dining Out (007)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Dining Out (008)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Dining Out (009)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Dining Out (010)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Dining Out (011)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Dining Out (012)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Dining Out (013)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Dining Out (014)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Dining Out (015)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Dining Out (016)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Education (001)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Education (002)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Education (003)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Education (004)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Education (005)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Education (006)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Education (007)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Education (008)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Education (009)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Education (010)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Education (011)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Education (012)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Education (013)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Education (014)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Education (015)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Education (016)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Entertainment (001)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Entertainment (002)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Entertainment (003)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Entertainment (004)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Entertainment (005)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Entertainment (006)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Entertainment (007)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Entertainment (008)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Entertainment (009)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Entertainment (010)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Entertainment (011)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Entertainment (012)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Entertainment (013)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Entertainment (014)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Entertainment (015)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Entertainment (016)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Home Furnishings General (001)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Home Furnishings General (002)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Home Furnishings General (003)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Home Furnishings General (004)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Home Furnishings General (005)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Home Furnishings General (006)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Home Furnishings General (007)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Home Furnishings General (008)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Home Furnishings General (009)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Home Furnishings General (010)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Home Furnishings General (011)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Home Furnishings General (012)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Home Furnishings General (013)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Home Furnishings General (014)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Home Furnishings General (015)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Home Furnishings General (016)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Personal Expenses (001)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Personal Expenses (002)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Personal Expenses (003)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Personal Expenses (004)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Personal Expenses (005)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Personal Expenses (006)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Personal Expenses (007)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Personal Expenses (008)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Personal Expenses (009)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Personal Expenses (010)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Personal Expenses (011)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Personal Expenses (012)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Personal Expenses (013)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Personal Expenses (014)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Personal Expenses (015)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Reading (001)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Reading (002)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Reading (003)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Reading (004)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Reading (005)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Reading (006)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Reading (007)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Reading (008)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Reading (009)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Reading (010)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Reading (011)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Reading (012)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Reading (013)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel (001)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel (002)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel (003)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel (004)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel (005)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel (006)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel (007)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel (008)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel (009)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel (010)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel (011)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel (012)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel (013)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel (014)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel (015)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel (016)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel Cruise (001)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel Cruise (002)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel Cruise (003)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel Cruise (004)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel Cruise (005)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel Cruise (006)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel Cruise (007)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel Cruise (008)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel Cruise (009)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel Cruise (010)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel Cruise (011)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel Cruise (012)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel Cruise (013)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel Cruise (014)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel Cruise (015)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel Domestic (001)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel Domestic (002)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel Domestic (003)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel Domestic (004)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel Domestic (005)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel Domestic (006)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel Domestic (007)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel Domestic (008)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel Domestic (009)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel Domestic (010)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel Domestic (011)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel Domestic (012)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel Domestic (013)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel Domestic (014)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel Domestic (015)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel Domestic (016)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel International (001)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel International (002)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel International (003)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel International (004)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel International (005)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel International (006)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel International (007)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel International (008)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel International (009)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel International (010)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel International (011)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel International (012)

10. Inferences / 70. Inferences-Buying
Activity Behavior / Household Dollars Spent -
Travel International (013)

10. Inferences / 70. Inferences-Buying Activity Behavior / Household Dollars Spent - Travel International (014)

10. Inferences / 70. Inferences-Buying Activity Behavior / Household Dollars Spent - Travel International (015)

10. Inferences / 70. Inferences-Buying Activity Behavior / Household Dollars Spent - Travel International (016)

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Entertainment - AMC Theatres - Offline

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Entertainment - AMC Theatres - Online

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Entertainment - Amazon Prime Video

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Entertainment - Audible

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Entertainment - Barnes & Noble

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Entertainment - Cinemark Theatres

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Entertainment - Disney+

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Entertainment - Fandango

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Entertainment - HBO Now|Go|Max

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Entertainment - Hulu

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Entertainment - Movie Theaters AMC - Total Spend

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Entertainment - NBC Peacock

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Entertainment - Netflix

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Entertainment - Paramount Plus

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Entertainment - Regal Theatres

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Entertainment - Siriusxm

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Entertainment - Six Flags

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Entertainment - Spotify

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Entertainment - Streaming Audio - Amazon Music

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Entertainment - Streaming Audio - SoundCloud

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Entertainment - Streaming Audio - Tidal

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Entertainment - Stubhub

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Entertainment - Ticketmaster - Online

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Entertainment - Vivid Seats

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Entertainment - YouTube Premium

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Finance - Buy Now Pay Later Afterpay

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Finance - Buy Now Pay Later Klarna

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Finance - Crypto

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Finance - Crypto - Coinbase

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Finance - Crypto - Crypto Com

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Finance - Crypto - Kraken

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Finance - Financial Tax Services - Jackson Hewitt

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Finance - Square

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Finance - Tax Prep H&R Block

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Finance - Tax Prep Turbotax

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Finance - Wepay.com

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Finance - Xoom

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Health|Beauty - Bath and Body Works - Offline

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Health|Beauty - Bath and Body Works - Online

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Health|Beauty - Bath and Body Works - Total Spend

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Health|Beauty - Dollars Shave Club

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Health|Beauty - Great Clips

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Health|Beauty - Massage Envy

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Health|Beauty - Sephora

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Health|Beauty - The Body Shop

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Health|Beauty - Ulta - Offline

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Health|Beauty - Ulta - Online

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Health|Beauty - Ulta - Total Spend

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Health|Beauty - Young Living

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Health|Fitness - 24 Hour Fitness

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Health|Fitness - Active.com

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Health|Fitness - Boutique - Online Class

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Health|Fitness - Equinox

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Health|Fitness - Fitbit

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Health|Fitness - Orangetheory

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Health|Fitness - PeloTon

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Health|Fitness - Pilates

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Health|Fitness - Yoga

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Health|Prescription - Allergan

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Health|Prescription - Express Scripts

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Health|Prescription - Optumrx

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Insurance - AMWAY

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Insurance - Allstate

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Insurance - Auto AAA

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Insurance - Farmers Insurance

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Insurance - Geico

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Insurance - General Nationwide Insurance

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Insurance - General USAA

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Insurance - Health Blue Cross Blue Shield

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Insurance - Henry Schein

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Insurance - Progressive

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Insurance - Safeco Insurance

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Insurance - State Farm Insurance

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Insurance - Travelers

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Merchant - Ag-Lawn Garden Supply
and Service

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Merchant - Airlines

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Merchant - All Convenience Store &
Service Stations

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Merchant - Auto Repair

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Merchant - Automotive and Related
Services

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Merchant - Bar and Night Clubs

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Merchant - Beauty Stores

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Merchant - Boat and Related
Services

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Merchant -
Books|Periodicals|Subscriptions

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Merchant - Business Services

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Merchant - Cable and Other Pay
Television

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Merchant - Car Rentals

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Merchant - Charitable and Social
Service Organizations

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Merchant - Christmas

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Merchant - Clothing General

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Merchant - Columbus Day

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Merchant - Computer and Data
Processing Svcs

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Merchant - Construction Services

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Merchant - Department Stores

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Merchant - Discount

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Merchant - Drug Stores and
Pharmacies

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Merchant - Ecommerce

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Merchant -
Electric|Gas|Sanitary|Water Utilities

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Electronics|Accessories

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Entertainment - Amusement

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Entertainment - Books

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Entertainment - News

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Entertainment - Recreation

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Entertainment - Streaming Audio

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Entertainment - Tickets

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Entertainment - Total Spend

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Equipment & Rental

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Fast Food Restaurants

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Finance - Buy Now Pay Later

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Finance - Payment Mechanism

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Finance - Tax Prep

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Finance - Total Spend

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Financial Services

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Fine Dining

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Florists|Gardening|Nursury

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Food Caterers

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Food Delivery Merchants

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Freight Carriers

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Fuel Oil|Wood|Coal|Liquefied Petroleum

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Furniture Store

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Grocery

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Grocery Delivery Merchants

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Health - Fitness

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Health - Prescription Services

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Health - Subscription Services

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Health - Total Spend

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Health and Beauty Services

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Hobbies and Toys

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Home Decor

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Home Improvement

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Home Security

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Home|Office Furnishing

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Hotels

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Insurance - Auto

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Insurance - General

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Insurance - Health

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Insurance - Total Spend

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Jewelry Stores

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Kids

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Laundry|Cleaning Services

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Legal Services

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Memberships

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Mens Clothing

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Movie|Theater|Concert|Sports

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Moving Vehicles

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - OTT|Streaming

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Office Supplies

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Online Gaming

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Optical Stores

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Phone|Mail Order Catalog

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Photo

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Photocopying|Graphic|Printsvcs

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Public Warehousing

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Recreational Vehicle|Motorcycle|Snowmobile

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Restaurants - Total Spend

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Restaurants Casual Dining

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Retail - Luxury

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Retail - Mass Merchants

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Retail - Occasions and Gifts

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Retail - Specialty Food and Beverages

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Retail - Total Spend

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Seasonal - Amazon Prime Day

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Seasonal - Back To School

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Seasonal - Black Friday|Cyber Monday

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Seasonal - Easter

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Seasonal - Father's Day

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Seasonal - Fourth Of July

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Seasonal - Halloween

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Seasonal - Holiday

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Seasonal - Labor Day

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Seasonal - Memorial Day

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Seasonal - Mother's Day

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Seasonal - New Year's Day

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Seasonal - President's Day

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Seasonal - Saint Patrick's Day

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Seasonal - Valentine's Day

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Shoes and Footwear

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Social Media

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Sporting Goods

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Super Bowl

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Technology

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Telecom Television Internet Wireless

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Telecommunication - Total Spend

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Thanksgiving

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Toll and Parking

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Total Spend (001)

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Total Spend (002)

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Travel - Cruise

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Travel - Online Travel

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Travel - Total Spend

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Travel - Train Taxi Rideshare

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Travel Agencies

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Veterans Day

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Veterinary|Pet Shops|Pet Foods|Supplies Stores

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Wholesale Clubs

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Merchant - Womens Clothing

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Other - Adobe

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Other - Ancestry

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Other - Facebook

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Other - Gaming

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Other - Gaming Activision

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Other - Gaming Blizzard

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Other - Gaming Steam

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Other - Godaddy

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Other - Gofundme

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Other - Google Ads

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Other - Linkedin

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Other - Microsoft

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Other - Playstation Store

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Other - Technology Google Consumer Products

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Overall - Total Spend

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Political - Age Rights

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Political - Animal Rights

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Political - Civil Rights

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Political - Environmental Rights

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Political - Environmentally Friendly Shoppers

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Political - Home Buyers

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Political - Human Rights

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Political - Outdoorsmen

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Political - Student Loans

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Political - Veteran Affairs

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Restaurants - Applebee's

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Restaurants - Arby's

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Restaurants - Baskin Robbins

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Restaurants - Bonefish Grill

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Restaurants - Buffalo Wild Wings

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Restaurants - Burger King

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Restaurants - Casual Dining Texas Roadhouse

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Restaurants - Chick Fil A

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Restaurants - Chipotle

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Restaurants - Cicis Pizza

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Restaurants - Cracker Barrel

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Restaurants - Dairy Queen

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Restaurants - Domino's Pizza

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Restaurants - Dunkin' Donuts

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Restaurants - Five Guys

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Restaurants - Ihop

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Restaurants - In and Out

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Restaurants - Jack In The Box

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Restaurants - Jimmy Johns

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Restaurants - KFC

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Restaurants - La Colombe Coffee Roasters

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Restaurants - Little Caesar's

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Restaurants - McDonald's

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Restaurants - Mccormick and Schmicks

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Restaurants - Olive Garden

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Restaurants - Outback Steakhouse

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Restaurants - Panda Express

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Restaurants - Panera Bread

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Restaurants - Papa John's

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Restaurants - Peets Coffee

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Restaurants - Pf Changs

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Restaurants - Philz Coffee

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Restaurants - Pizza Hut

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Restaurants - Popeyes

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Restaurants - Red Lobster

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Restaurants - Red Robin

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Restaurants - Sonic

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Restaurants - Starbucks

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Restaurants - Subway

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Restaurants - Taco Bell

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Restaurants - The Capital Grille

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Restaurants - Wendy's

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Restaurants - Whataburger

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - 1 800 Flowers

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - 7 Eleven

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - 99 cents only

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Abercrombie and Fitch

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Abt Electronics

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Academy Sports & Outdoors

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Ace Hardware

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Acme

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Adidas

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Advance Auto Parts

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Albertsons

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Aldi

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Aliexpress

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Alo

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Amazon - Online

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - American Eagle Outfitters

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Ann Taylor

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Anthropologie

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Apparel - Gap - Total Spend

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Apparel - Victoria Secret -
Total Spend

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Apple

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Ashley Furniture Homestore

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Athleta

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Autozone

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - B & H Photo Video

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - BJ's Fuel

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - BP

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Banana Republic

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Bass Pro Shops

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Beall's

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Bed Bath and Beyond -
Offline

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Bed Bath and Beyond -
Online

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Belk

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Bergdorf Goodman

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Best Buy - Offline

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Best Buy - Online

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Big Lots

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Big5 Sporting Goods

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Bj's

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Bloomingdales

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Blue Apron

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Bose

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Brooks Brothers

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Burlington Coat Factory

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Buy Buy Baby

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - CVS - Offline

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - CVS - Online

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Cabela's

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Calvin Klein

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Carters

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Chevron

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Chicos Fas

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Circle K

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Citgo

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Coach

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Costco - Offline

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Costco - Online

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Costco - Online|Offline - Total Spend

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Crate & Barrel

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Cumberland Farms

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - DSW

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Dell

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Department Stores - JcPenney - Total Spend

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Department Stores - Kohls - Total Spend

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Department Stores - Macys - Total Spend

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Department Stores - Neiman Marcus - Total Spend

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Department Stores - Nordstrom - Total Spend

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Department Stores - Saks Fifth Avenue - Total Spend

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Dick Sporting Goods - Offline

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Dick Sporting Goods - Online

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Dillard's

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Dillons

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Dollars General Store

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Dollars Tree

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Doordash - Online

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Drug Stores - CVS - Total Spend

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Drug Stores - Walgreens - Total Spend - Armani

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Duane Reade

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Ebay - Online

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Electronics - Best Buy - Total Spend

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Electronics - Game Stop - Total Spend

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Etsy - Online

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Exxon

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Fabletics

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Fairway Market

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Family Dollars Store

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Famous Footwear

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Fareway Stores

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Fashion Nova

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Fast Fashion

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Finish Line

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Five Below

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Food Lion

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Foot Locker

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Forever 21

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Fred Meyer

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Freshdirect

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Fry's Food Stores

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Fuel|Convenience Casey's
General Store

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Fuel|Convenience Kwik Trip

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Fuel|Convenience Racetrac

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Gamestop - Offline

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Gamestop - Online

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Gander Mountain

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Gap - Offline

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Gap - Online

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Gasoline Filling Station

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Gasoline Service Station

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Giant Eagle

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Giant Food

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Golf

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Golf Galaxy

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Grocery Food Delivery - Door
Dash - Applebees

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Grocery Food Delivery - Door
Dash - Buffalo Wild Wings

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Grocery Food Delivery - Door
Dash - Burger King

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Grocery Food Delivery - Door
Dash - Chick Fil a

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Grocery Food Delivery - Door
Dash - Chilis

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Grocery Food Delivery - Door
Dash - Chipotle

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Grocery Food Delivery - Door
Dash - Dash Pass

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Grocery Food Delivery - Door
Dash - Five Guys

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Grocery Food Delivery - Door
Dash - Jersey Mikes

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Grocery Food Delivery - Door
Dash - Kentucky Friend Chicken

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Grocery Food Delivery - Door
Dash - McDonalds

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Grocery Food Delivery - Door
Dash - Panda Express

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Grocery Food Delivery - Door
Dash - Panera Bread

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Grocery Food Delivery - Door
Dash - Popeyes

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Grocery Food Delivery - Door
Dash - Red Robin

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Grocery Food Delivery - Door
Dash - Subway

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Grocery Food Delivery - Door
Dash - Taco Bell

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Grocery Food Delivery - Door
Dash - Wendys

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Grocery Food Delivery - Door
Dash - Wingstop

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Grocery Food Delivery - Door
Dash - iHop

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Grocery Food Delivery - Door Dash|Grubhub - Applebees

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Grocery Food Delivery - Door Dash|Grubhub - Arby's

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Grocery Food Delivery - Door Dash|Grubhub - Buffalo Wild Wings

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Grocery Food Delivery - Door Dash|Grubhub - Burger King

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Grocery Food Delivery - Door Dash|Grubhub - Chick Fil a

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Grocery Food Delivery - Door Dash|Grubhub - Dunkin Donuts

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Grocery Food Delivery - Door Dash|Grubhub - Five Guys

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Grocery Food Delivery - Door Dash|Grubhub - Ihop

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Grocery Food Delivery - Door Dash|Grubhub - Jersey Mikes

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Grocery Food Delivery - Door Dash|Grubhub - Panda Express

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Grocery Food Delivery - Door Dash|Grubhub - Panera Bread

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Grocery Food Delivery - Door Dash|Grubhub - Popeyes

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Grocery Food Delivery - Door Dash|Grubhub - Potbelly

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Grocery Food Delivery - Door Dash|Grubhub - Qdoba

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Grocery Food Delivery - Door Dash|Grubhub - Red Robin

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Grocery Food Delivery - Door Dash|Grubhub - Sonic

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Grocery Food Delivery - Door Dash|Grubhub - Subway

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Grocery Food Delivery - Door Dash|Grubhub - Taco Bell

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Grocery Food Delivery - Door Dash|Grubhub - Wawa

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Grocery Food Delivery - Door Dash|Grubhub - Wendys

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Grocery Food Delivery - Grub Hub - Applebees

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Grocery Food Delivery - Grub Hub - Buffalo Wild Wings

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Grocery Food Delivery - Grub Hub - Burger King

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Grocery Food Delivery - Grub Hub - Chick Fil A

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Grocery Food Delivery - Grub Hub - Chipotle

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Grocery Food Delivery - Grub Hub - Dunkin Donutes

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Grocery Food Delivery - Grub Hub - Five Guys

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Grocery Food Delivery - Grub Hub - Grubhub Plus

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Grocery Food Delivery - Grub Hub - Ihop

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Grocery Food Delivery - Grub Hub - Jersey Mikes

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Grocery Food Delivery - Grub Hub - Kentucy Fried Chicken

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Grocery Food Delivery - Grub Hub - McDonalds

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Grocery Food Delivery - Grub Hub - Panda Express

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Grocery Food Delivery - Grub Hub - Panera Bread

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Grocery Food Delivery - Grub Hub - Popeyes

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Grocery Food Delivery - Grub Hub - Potbelly

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Grocery Food Delivery - Grub Hub - Subway

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Grocery Food Delivery - Grub Hub - Taco Bell

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Grocery Food Delivery - Grub Hub - Wendys

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Grocery Food Delivery - Seamless Plus

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Groupon - Online

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Grubhub - Online

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Gucci

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Guitar Center

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - H&M

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - H-E-B

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - H-Mart

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - HSN

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - HY-VEE

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Hannaford

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Harbor Freight Tools

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Hardware Stores

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Harris Teeter

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Hello Fresh

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Hobbies and Toys - Michaels
- Total Spend

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Hobby Lobby Stores

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Holidy Budge Seekers

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Home D?cor - Bed Bath and
Beyond - Total Spend

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Home Improvement - Floor &
Decor

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Home Improvement - Home
Depot - Total Spend

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Home Improvement - Lowes -
Total Spend

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Home Sense

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - HomeGoods

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - IKEA

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Ingles Markets

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Instacart

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - J.Crew

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - JCPenney - Offline

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - JCPenney - Online

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Jewel Osco

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Jo-Ann Fabrics

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Jos.A.Bank

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - King Soopers

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Kmart

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Kohls - Offline

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Kohls - Online

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Kroger

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - L.L.Bean

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Lenscrafters

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Living Spaces

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Lord & Taylor

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Louis Vuitton

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Lowes - Offline

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Lowes - Online

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Lucky

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Lululemon

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Macys - Offline

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Macys - Online

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Mango

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Marathon Petroleum

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Market Basket

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Marshalls

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Mass Merchants - WalmartPlus

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Mattress Firm

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Means Rhone

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Meijer

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Menards

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Mens Wearhouse

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Michael Kors

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Michaels - Offline

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Neimanmarcus - Offline

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Neimanmarcus - Online

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Nike

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Nordstrom - Offline

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Nordstrom - Online

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Nordstromrack

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - O'Reilly Auto Parts

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Ocean State Job Lot

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Office Depot

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Office Max

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Old Navy

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Ollies

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Other Drug Store

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Party City

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Pep Boys

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Pet Chewy

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Petco

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Petsmart

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Pick N Save

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Pottery Barn

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Price Chopper Supermarkets

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Publix

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Quik Trip

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Qvc - Online

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - REI

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Ralphs

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Restaurant Depot

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Restoration Hardware

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Rite Aid

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Rooms To Go

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Ross Dress For Less

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Safeway

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Saks Off Fifth

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Saksfifthavenue - Offline

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Saksfifthavenue - Online

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Samsclub - Offline

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Samsclub - Online

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Samsclub - Online|Offline -
Total Spend

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Scheels

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Seamless

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Sears

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Shaw's

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Sheetz

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Shell

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Sherwin Williams

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Shoprite

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Smart and Final

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Smith's Food and Drug

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Speedway

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Sporting Goods - Dicks
Sporting Goods - Total Spend

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Sprouts Farmers Market

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Staples

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Stater Bros. Markets

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Stitch Fix

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Stop & Shop

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Sunoco

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - T J Maxx

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Target - Offline

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Target - Online

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Target - Online|Offline - Total
Spend

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - The Home Depot - Offline

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - The Home Depot - Online

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Tiffany & Co

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Total Wine & More

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Tractor Supply

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Trader Joe's

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - True Value

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - UberEats

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Under Armour

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Uniqlo

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Urban Outfitters

10. Inferences / 70. Inferences-Buying
Activity Behavior / Monthly Likelihood to
Spend Retail - Victoria Secret - Offline

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Victoria Secret - Online

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Vons

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Walgreens - Offline

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Walgreens - Online

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Walmart - Offline

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Walmart - Online

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Walmart - Online|Offline - Total Spend

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Wawa

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Wayfair - Online

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Wegmans

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Weis

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Whole Foods Market

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Williams-Sonoma

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Winco Foods

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Winn-Dixie

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Wishdotcom - Online

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Zales

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Zappos

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Retail - Zara

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Seasonal - Black Friday|Cyber Monday - Amazon

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Seasonal - Black Friday|Cyber Monday - Apparel and Accessories

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Seasonal - Black Friday|Cyber Monday - Beauty & Personal Care

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Seasonal - Black Friday|Cyber Monday - Clothing General

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Seasonal - Black Friday|Cyber Monday - Department Stores

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Seasonal - Black Friday|Cyber Monday - E-Commerce

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Seasonal - Black Friday|Cyber Monday - Electronics

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Seasonal - Black Friday|Cyber Monday - Electronics & Accessories

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Seasonal - Black Friday|Cyber Monday - Hobbies & Toys

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Seasonal - Black Friday|Cyber Monday - Jewelry Stores

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Seasonal - Black Friday|Cyber Monday - Retail

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Seasonal - Black Friday|Cyber Monday - Shoes & Footwear

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Seasonal - Black Friday|Cyber Monday - Sporting Goods

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Seasonal - Holiday - Apparel & Accessories

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Seasonal - Holiday - Beauty & Personal Care

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Seasonal - Holiday - Clothing General

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Seasonal - Holiday - Department Stores

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Seasonal - Holiday - Ecommerce

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Seasonal - Holiday - Electronics

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Seasonal - Holiday - Electronics|Accessories

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Seasonal - Holiday - Hobbies & Toys

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Seasonal - Holiday - Jewelry Stores

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Seasonal - Holiday - Retail

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Seasonal - Holiday - Shoes & Footwear

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Seasonal - Holiday - Sporting Goods

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Seasonal - New Years Day Fitness

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Services - ADT

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Services - Auto Repair Toyota

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Services - Big O Tires

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Services - Budget Truck

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Services - Discount Tire

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Services - Extra Space Storage

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Services - Fedex

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Services - Jiffy Lube

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Services - Midas

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Services - Public Storage

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Services - Telecommunication(tv|internet|wireless|sling)

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Services - The Ups Store

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Services - Tires Plus

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Services - U-Haul

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Services - USPS

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Telecommunication - AT&T

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Telecommunication - Comcast

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Telecommunication - Cox Communications

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Telecommunication - Cricket Wireless

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Telecommunication - DirecTV

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Telecommunication - Dish Network

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Telecommunication - Frontier.com

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Telecommunication - Metro Pcs

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Telecommunication - Spectrum

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Telecommunication - Sprint

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Telecommunication - T-Mobile

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Telecommunication - Verizon

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Airbnb

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Alamo Rent-A-Car

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Alaska Airlines

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - American Airlines

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Amtrak

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Avis Rent-A-Car

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Best Western Hotel

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Carnival Cruise

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Comfort Inn

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Comfort Suites

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Courtyard Inn

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Days Inn

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Delta Airlines

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Disney Resorts

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Dollars Rent-A-Car

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Doubletree Hotel

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - E-Zpass

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Embassy Suites

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Enterprise Rent-A-Car

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Europ Car

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Expedia

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Frontier Airlines

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Hampton Inn and Suites

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Hertz

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Hilton Hotel

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Hotels.com

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Hotwire

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Hyatt Hotel

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Hyatt Place

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Jetblue Airways

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - La Quinta Motor Inns

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Luxury

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Luxury Four Seasons

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Luxury Hotels

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Luxury Mandarin Oriental

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Luxury Park Hyatt

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Luxury St Regis

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Luxury Waldorf

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Lyft

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Marriott

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - National Car Rental

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Orbitz.com

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Payless Car Rental

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Priceline

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Quality Inn

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Residence Inn

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Royal Caribbean

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Sheraton Hotel

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Sixt Car Rental

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Southwest Airlines

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Spirit Airlines

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Springhill Suites

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Taxi and Bus

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - The Ritz Carlton

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Thrifty Car Rental

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Travelocity

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Uber Technologies

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - United Airlines

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - VRBO - Online

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Westin Hotel

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel - Wyndham Hotel

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel Airlines - Allgiant

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel Airlines - Hawaiian

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel Airlines - USA

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel Car Rentals - Budget

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel Car Rentals - Large Franchise

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel Cruises - Celebrity

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel Cruises - Disney

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel Cruises - Holland America

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel Cruises - Norwegian

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel Cruises - Princess

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel Cruises - Vicking

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel Hotels - Aloft

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel Hotels - Americinn by Wyndham

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel Hotels - Baymont by Wyndham

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel Hotels - Candelwood

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel Hotels - Club Wyndham

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel Hotels - Crowne Plaza

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel Hotels - Days Inn by Wyndham

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel Hotels - Delta

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel Hotels - Fairfield by Marriott

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel Hotels - Gaylord

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel Hotels - Grand Hyatt

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel Hotels - Hilton Garden

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel Hotels - Holiday Inn

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel Hotels - Holiday Inn Express

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel Hotels - Home2 by Hilton

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel Hotels - Homewood by Hilton

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel Hotels - Howard Johnson by Wyndham

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel Hotels - Hyatt House

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel Hotels - Indigo

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel Hotels - Intercontinental

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel Hotels - Kimpton

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel Hotels - National Chain

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel Hotels - Renaissance

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel Hotels - Staybridge

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel Online - Agoda

10. Inferences / 70. Inferences-Buying Activity Behavior / Monthly Likelihood to Spend Travel Online - Booking dot com

10. Inferences / 71. Inferences-Insurance / Insurance - High Lifetime Value Household

10. Inferences / 71. Inferences-Insurance / Insurance - Likely to Respond - Auto

10. Inferences / 71. Inferences-Insurance / Insurance - Likely to Respond - High - Auto

10. Inferences / 71. Inferences-Insurance / Insurance - Likely to Respond - High - Home|Auto

10. Inferences / 71. Inferences-Insurance / Insurance - Likely to Respond - Home Insurance

10. Inferences / 71. Inferences-Insurance / Insurance - Likely to Respond - Multiple Policy

10. Inferences / 71. Inferences-Insurance / Insurance - Prospect - Auto

10. Inferences / 72. Inferences-Health / Body Mass Index estimated (Centile) (001)

10. Inferences / 72. Inferences-Health / Body Mass Index estimated (Centile) (002)

10. Inferences / 72. Inferences-Health / Body Mass Index estimated (Quintile) (001)

10. Inferences / 72. Inferences-Health / Body Mass Index estimated (Quintile) (002)

10. Inferences / 72. Inferences-Health / Body Mass Index estimated (Star Rating)

10. Inferences / 72. Inferences-Health / Likelihood to be Responsive Health Treatment Offers (Centile) (001)

10. Inferences / 72. Inferences-Health / Likelihood to be Responsive Health Treatment Offers (Centile) (002)

10. Inferences / 72. Inferences-Health / Likelihood to be Responsive Health Treatment Offers (Quintile) (001)

10. Inferences / 72. Inferences-Health / Likelihood to be Responsive Health Treatment Offers (Quintile) (002)

10. Inferences / 72. Inferences-Health / Likelihood to be Responsive Health Treatment Offers (Star Rating)

10. Inferences / 72. Inferences-Health / Likelihood to have Food Insecurity (Centile) (001)

10. Inferences / 72. Inferences-Health / Likelihood to have Food Insecurity (Centile) (002)

10. Inferences / 72. Inferences-Health / Likelihood to have Food Insecurity (Quintile) (001)

10. Inferences / 72. Inferences-Health / Likelihood to have Food Insecurity (Quintile) (002)

10. Inferences / 72. Inferences-Health / Likelihood to have Health Insurance (Centile) (001)

10. Inferences / 72. Inferences-Health / Likelihood to have Health Insurance (Centile) (002)

10. Inferences / 72. Inferences-Health / Likelihood to have Health Insurance (Quintile) (001)

10. Inferences / 72. Inferences-Health / Likelihood to have Health Insurance (Quintile) (002)

10. Inferences / 72. Inferences-Health / Likelihood to have Health Insurance (Star Rating)

10. Inferences / 72. Inferences-Health / Likelihood to have Interest Allergy Medicine (Centile) (001)

10. Inferences / 72. Inferences-Health / Likelihood to have Interest Allergy Medicine (Centile) (002)

10. Inferences / 72. Inferences-Health / Likelihood to have Interest Allergy Medicine (Quintile) (001)

10. Inferences / 72. Inferences-Health / Likelihood to have Interest Allergy Medicine (Quintile) (002)

10. Inferences / 72. Inferences-Health / Likelihood to have Interest Clinical Trials (Centile) (001)

10. Inferences / 72. Inferences-Health / Likelihood to have Interest Clinical Trials (Centile) (002)

10. Inferences / 72. Inferences-Health / Likelihood to have Interest Clinical Trials (Quintile) (001)

10. Inferences / 72. Inferences-Health / Likelihood to have Interest Clinical Trials (Quintile) (002)

10. Inferences / 72. Inferences-Health / Likelihood to have Interest Vitamins Supplements (Centile) (001)

10. Inferences / 72. Inferences-Health / Likelihood to have Interest Vitamins Supplements (Centile) (002)

10. Inferences / 72. Inferences-Health / Likelihood to have Interest Vitamins Supplements (Quintile) (001)

10. Inferences / 72. Inferences-Health / Likelihood to have Interest Vitamins Supplements (Quintile) (002)

10. Inferences / 72. Inferences-Health / Likelihood to have Interest Vitamins Supplements (Star Rating)

10. Inferences / 72. Inferences-Health / Likelihood to have Interest Weight Loss Treatment (Centile) (001)

10. Inferences / 72. Inferences-Health / Likelihood to have Interest Weight Loss Treatment (Centile) (002)

10. Inferences / 72. Inferences-Health / Likelihood to have Interest Weight Loss Treatment (Quintile) (001)

10. Inferences / 72. Inferences-Health / Likelihood to have Interest Weight Loss Treatment (Quintile) (002)

10. Inferences / 72. Inferences-Health / Likelihood to have Primary Care Physician (Centile) (001)

10. Inferences / 72. Inferences-Health / Likelihood to have Primary Care Physician (Centile) (002)

10. Inferences / 72. Inferences-Health / Likelihood to have Primary Care Physician (Quintile) (001)

10. Inferences / 72. Inferences-Health / Likelihood to have Primary Care Physician (Quintile) (002)

10. Inferences / 72. Inferences-Health / Likelihood to have Primary Care Physician (Star Rating)

10. Inferences / 72. Inferences-Health / Likelihood to have Psa (Centile) (001)

10. Inferences / 72. Inferences-Health / Likelihood to have Psa (Centile) (002)

10. Inferences / 72. Inferences-Health / Likelihood to have Psa (Quintile) (001)

10. Inferences / 72. Inferences-Health / Likelihood to have Psa (Quintile) (002)

10. Inferences / 72. Inferences-Health / Likelihood to have Transportation Access (Centile) (001)

10. Inferences / 72. Inferences-Health / Likelihood to have Transportation Access (Centile) (002)

10. Inferences / 72. Inferences-Health / Likelihood to have Transportation Access (Quintile) (001)

10. Inferences / 72. Inferences-Health / Likelihood to have Transportation Access (Quintile) (002)

10. Inferences / 72. Inferences-Health / Likelihood to have flu Shot (Centile) (001)

10. Inferences / 72. Inferences-Health / Likelihood to have flu Shot (Centile) (002)

10. Inferences / 72. Inferences-Health / Likelihood to have flu Shot (Quintile)

10. Inferences / 72. Inferences-Health / Overall Health Conscientiousness (Centile) (001)

10. Inferences / 72. Inferences-Health / Overall Health Conscientiousness (Centile) (002)

10. Inferences / 72. Inferences-Health / Overall Health Conscientiousness (Quintile)

10. Inferences / 72. Inferences-Health / Personas for Health Segment (001)

10. Inferences / 72. Inferences-Health / Personas for Health Segment (002)

10. Inferences / 72. Inferences-Health / Wellth Segment

**Data Sold - Data Category and Third Party Recipient Category**

| | |
|---|---|
| Automotive (001) | Education Information |

| | |
|---|---|
| Automotive (002) | Employment Information |
| Automotive (003) | Inferences |
| Automotive (004) | Personal Characteristics |
| Automotive (005) | Personal Identifiers |
| Business Services (001) | Education Information |
| Business Services (002) | Employment Information |
| Business Services (003) | Inferences |
| Business Services (004) | Personal Characteristics |
| Business Services (005) | Personal Identifiers |
| Business Services/Agency | Personal Identifiers |
| Communications (001) | Education Information |
| Communications (002) | Employment Information |
| Communications (003) | Inferences |
| Communications (004) | Personal Characteristics |
| Communications (005) | Personal Identifiers |
| Communications (006) | Personal Property or Buying Activity/Interest |
| Entertainment (001) | Education Information |
| Entertainment (002) | Employment Information |
| Entertainment (003) | Inferences |
| Entertainment (004) | Personal Characteristics |
| Entertainment (005) | Personal Identifiers |
| Entertainment (006) | Personal Property or Buying Activity/Interest |
| Financial Services (001) | Education Information |
| Financial Services (002) | Employment Information |
| Financial Services (003) | Inferences |
| Financial Services (004) | Personal Characteristics |
| Financial Services (005) | Personal Characteristics |
| Financial Services (006) | Personal Identifiers |
| Healthcare (001) | Inferences |
| Healthcare (002) | Personal Identifiers |
| Insurance (001) | Education Information |
| Insurance (002) | Employment Information |
| Insurance (003) | Inferences |
| Insurance (004) | Personal Characteristics |
| Insurance (005) | Personal Characteristics |
| Insurance (006) | Personal Identifiers |
| Insurance (007) | Personal Property or Buying Activity/Interest |
| Media and Publishing (001) | Education Information |
| Media and Publishing (002) | Employment Information |
| Media and Publishing (003) | Inferences |
| Media and Publishing (004) | Personal Characteristics |
| Media and Publishing (005) | Personal Identifier |
| Media and Publishing (006) | Personal Identifiers |
| Retail (001) | Education Information |
| Retail (002) | Employment Information |
| Retail (003) | Inferences |
| Retail (004) | Personal Characteristics |
| Retail (005) | Personal Charasteristics |
| Retail (006) | Personal Identifiers |
| Retail (007) | Personal Property or Buying Activity/Interest |
| Services-Non Professional (001) | Education Information |

| Services-Non Professional (002) | Employment Information |
| Services-Non Professional (003) | Inferences |
| Services-Non Professional (004) | Personal Characteristics |
| Services-Non Professional (005) | Personal Charasterics |
| Services-Non Professional (006) | Personal Identifiers |
| Services-Non Professional (007) | Personal Property or Buying Activity/Interest |
| Services-Professional (001) | Education Information |
| Services-Professional (002) | Employment Information |
| Services-Professional (003) | Geo Location Information |
| Services-Professional (004) | Inferences |
| Services-Professional (005) | Personal Characteristics |
| Services-Professional (006) | Personal Charasterics |
| Services-Professional (007) | Personal Identifiers |
| Travel and Tourism (001) | Education Information |
| Travel and Tourism (002) | Employment Information |
| Travel and Tourism (003) | Inferences |
| Travel and Tourism (004) | Personal Characteristics |
| Travel and Tourism (005) | Personal Charasterics |
| Travel and Tourism (006) | Personal Identifiers |
| Travel and Tourism (007) | Personal Property or Buying Activity/Interest |

## Data Disclosed

### Categories of Personal Information*

- Personal Identifiers
- Personal Characteristics
- Personal Property
- Buying Activity / Interest
- Internet Activity
- Geo Location
- Employment Information
- Education Information
- Inferences

*Acxiom does not process sensitive personal information on residents of the Commonwealth of Virginia, Colorado, Connecticut, Texas, Oregon, or Montana.

### Categories of Service Providers/Processors

- Cloud Computing and Storage Vendors
- Security Contractors
- Social Media Platforms
- Analysis Providers
- Advertising Networks
- Consultants