IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 1:25-cv-00165, Case Name Johnson, et al., v. Acxiom, LLC
Party Represented by Applicant: Plaintiffs, Christopher Johnson and Shelby Zelonis Roberson

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) John A. Yanchunis
Bar Identification Number 324681   State Florida
Firm Name Morgan and Morgan Complex Litigation Group
Firm Phone # 813.223.5505   Direct Dial # 813.275.5272   FAX # 813.222.4736
E-Mail Address jyanchunis@forthepeople.com
Office Mailing Address 201 N. Franklin Street, 7th Floor, Tampa, FL 33602

Name(s) of federal district court(s) in which I have been admitted See attached.

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I received a reprimand for filing a complaint without knowing while my license had been administratively suspended for failure to pay bar dues and complete CLE.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ☐ am not ☒ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant, that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)   02/04/2025
Steven T. Webster   (Date)
(Typed or Printed Name)   31975
   (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ☐ or Exemption Granted ☐

The motion for admission is GRANTED ☐ or DENIED ☐

_____   _____
(Judge's Signature)   (Date)

| Court of Admission | Date of Admission | Status |
|---|---|---|
| State of Florida, **Bar No.** 324681 | 7/23/1981 | Active |
| State of Texas, Bar No. 22121300 | 05/26/1980 | Active |
| Supreme Court for the United States of America | | Active |
| United States Circuit Court Of Appeals, 2nd Circuit | 3/4/2022 | Active |
| United States Circuit Court Of Appeals, 3rd Circuit | 2/10/2020 | Active |
| United States Circuit Court Of Appeals, 4th Circuit | 12/29/2022 | Active |
| United States Circuit Court Of Appeals, 5th Circuit | 1/6/2011 | Active |
| United States Circuit Court Of Appeals, 9th Circuit | 3/13/2003 | Active |
| United States District Court, Southern District Of Florida | 4/9/2004 | Active |
| United States District Court, Northern District Of Florida | 6/17/2019 | Active |
| United States District Court, Middle District Of Florida | 12/3/1982 | Active |
| United States District Court, Central District Of Illinois | 5/3/2018 | Active |
| United States District Court, Northern District Of Illinois | 3/20/2007 | Active |
| United States District Court, Eastern District of Michigan | 10/14/2008 | Active |
| United States District Court, Northern District Of Texas | 12/9/2004 | Active |
| United States District Court, Southern District Of Texas | 10/6/1980 | Active |
| United States District Court, Western District Of Texas | 1/20/2010 | Active |
| United States District Court, Eastern District of Wisconsin | 11/03/2000 | Active |
| United States District Court, District of Nebraska | 09/01/2022 | Actice |